```
 1                       UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA
 2                              MIAMI DIVISION
                         CASE NO. 16-CR-20897-PAS
 3

 4
     UNITED STATES OF AMERICA,          Miami, Florida
 5
                 Plaintiff,             April 11, 2022
 6
     vs.                                1:30 p.m. to 4:00 p.m.
 7
     PRINCESS CRUISE LINES, LTD.,       Pages 1 to 81
 8
                 Defendant.
 9   _____

10
                         STATUS CONFERENCE
11            BEFORE THE HONORABLE PATRICIA A. SEITZ
                   UNITED STATES DISTRICT JUDGE
12
     APPEARANCES:
13
     FOR THE GOVERNMENT:      THOMAS WATTS-FITZGERALD, ESQ.
14                            UNITED STATES ATTORNEY'S OFFICE
                              99 Northeast Fourth Street
15                            Miami, Florida 33132
                                      -and-
16                            RICHARD A. UDELL, ESQ.
                              U.S. DEPARTMENT OF JUSTICE
17                            ENVIRONMENTAL & NATURAL RESOURCES DIV.
                              601 D Street Northwest, Suite 2008
18                            Washington, D.C. 20004

19
     FOR THE DEFENDANT:       DAVID N. KELLEY, ESQ.
20                            TANYA WARNKE, ESQ.
                              DECHERT LLP
21                            1095 Avenue of the Americas
                              New York, New York 10036
22                                    -and-
                              DAVID O. MARKUS, ESQ.
23                            MARKUS/MOSS PLLC
                              40 N.W. Third Street, Penthouse 1
24                            Miami, Florida 33128

25
     FOR U.S. PROBATION:      JEFF FELDMAN, USPO
```

```
 1   ALSO PRESENT:

 2

     COURT-APPOINTED MONITOR:
 3
                              STEVEN P. SOLOW, ESQ.
 4                            NATALIA T. SORGENTE, ESQ.
                              LESLIE COUVILLION, ESQ.
 5                            BAKER BOTTS, LLP
                              700 K Street, N.W.
 6                            Washington, D.C., 20001

 7

     THIRD PARTY ADMINISTRATOR:
 8
                              THOMAS NOLAN
 9                            JOHN FRANCIC & CAROLINE KING
                              ABS GROUP
10

11   ALSO PRESENT:            Rick Miguez, Arnold Donald
                              Micky Arison, Josh Weinstein
12                            Admiral Bill Burke, Richard Brilliant
                              Peter Hutchinson, Pete Anderson
13                            Chris Donald, Gerry Ellis
                              David Tantrum
14

15

     STENOGRAPHICALLY REPORTED BY:
16
                              PATRICIA DIAZ, FCRR, RPR, FPR
17                            Official Court Reporter
                              United States District Court
18                            400 North Miami Avenue
                              11th Floor
19                            Miami, Florida 33128
                              (305) 523-5178
20

21

22

23

24

25
```

```
 1                (Call to the Order of the Court.)

 2           COURT SECURITY OFFICER:  All rise.  The Southern

 3   District of Florida is now in session.  The Honorable Patricia

 4   A. Seitz presiding.

 5           THE COURT:  Good afternoon, everyone.  It's hard to

 6   believe that this is the first time we have been together in

 7   two years, in person, and I welcome everyone back.

 8           Please have a seat.  I will ask that everyone announce

 9   their -- oh, sorry, we need to have our courtroom deputy call

10   the case.

11           COURTROOM DEPUTY:  Calling case number

12   18-20897-CRIMINAL, United States of America versus Princess

13   Cruise, LTD.

14           Counsels, can you please state your appearances,

15   starting with the Government.

16           MR. WATTS-FITZGERALD:  Good afternoon, Your Honor, Tom

17   Watts-Fitzgerald and Richard Udell on behalf of the United

18   States.

19           MR. UDELL:  Good afternoon, Your Honor.

20           THE COURT:  Good afternoon.  I do permit, in this

21   courtroom, that the person speaking can remove their mask,

22   unless there is somebody who is -- we need to do that for the

23   court reporter, and I believe that myself, I'm sorry, madam

24   court reporter, but that -- and you can take off your mask if

25   you are vaccinated but I also encourage you to continue to wear
```

1   your mask even if you are vaccinated just simply because we all

2   bring in germs.

3        MR. MARKUS:  Good afternoon, Your Honor, David Markus.

4   Also here is David Kelley and Tanya Warnke from the Dechert

5   Firm, and I can introduce everybody at counsel table if you'd

6   like, all the clients.

7        THE COURT:  I am going to let them introduce

8   themselves.

9        MR. MARKUS:  Very well.

10        MR. KELLEY:  Good afternoon, Your Honor.

11        THE COURT:  And also, from your firm, Mr. Kelley?

12        MR. KELLEY:  Yes, ma'am.  Ms. Warnke is with my firm,

13   Dechert.

14        THE COURT:  Did somebody not give you and Mr. Markus a

15   lavalier mic?

16        MR. KELLEY:  We do not have one.

17        THE COURT:  Because my court reporter won't be able to

18   hear you.

19        MR. MARKUS:  Is that better, Your Honor?

20        THE COURT:  As you all know, we have had a continual

21   issue with our electronics and the sound system.  I have handed

22   you the lavalier mics, but we may get feedback, and if that

23   occurs, we will take the lavalier back and then I will just

24   simply ask whomever is speaking to please come to the podium

25   and that may be the easiest thing to do.

1           Let me consult with my -- let's dispense with the

2     lavaliers to avoid that whole problem and have whoever is

3     speaking to come to the podium.

4           Warren, check to make sure because at the last trial

5     the podium mic wasn't working.  I think they are working the

6     best they can.

7           I constantly remind everyone in the courtroom that all

8     of the equipment in the courtroom was provided by the lowest

9     bidder in conserving taxpayer dollars, so we usually get what

10    you pay for when you go with the bottom bidder.

11          Besides on behalf of -- at counsel table with you,

12    Mr. Markus and Mr. Kelley?

13          MR. MARKUS:  Your Honor, the first person here is Rick

14    Miguez and Arnold Donald, here to my right.

15          Micky Arison, Josh Weinstein, Bill Burke is here.

16          THE COURT:  Admiral.

17          MR. MARKUS:  Richard Brilliant.

18          THE COURT:  Mr. Brilliant.

19          MR. MARKUS:  Peter Hutchinson.

20          THE COURT:  Nice to see you in person, Mr. Hutchinson.

21          MR. MARKUS:  Peter Anderson.

22          THE COURT:  Mr. Anderson.

23          MR. MARKUS:  Chris Donald.

24          THE COURT:  Mr. Donald.

25          MR. MARKUS:  And behind him is Gerry Ellis.

```
1              THE COURT:  Mr. Ellis, good to see you in person.

2              MR. MARKUS:  Thank you, Your Honor.

3              THE COURT:  And on behalf of the CAM, Mr. Solow,

4    please.

5              MR. SOLOW:  Yes, Your Honor, good afternoon, Steve

6    Solow, Court-Appointed Monitor.  With me is Natalia Sorgente

7    and Leslie Couvillion from the law firm, Baker Botts, and David

8    Tantrum from Martin & Ottaway, a marine engineering consultant.

9              THE COURT:  Mr. Tantrum, if you wave your hand so

10   everybody knows.

11             I appreciate very much your partner, Pierce --

12             MR. TANTRUM:  Allen --

13             THE COURT:  You know me with names.  He could not be

14   here with us because he is getting an Evergreen barge that has

15   gone aground in the Chesapeake offloaded so it can be moved.

16             I thank him very much for the assistance that they've

17   given us on the marine side.

18             Mr. Nolan on behalf of the TPA.

19             MR. NOLAN:  Thank you, Your Honor.

20             Tom Nolan, I am the Third Party Auditor.  Here with me

21   today is John Francic and Caroline King, and we are with the

22   company ABS Group of Companies.

23             THE COURT:  Thank you very much.

24             It's hard to believe that five years ago we were in

25   this courtroom a week from now to impose sentence on the
```

1    defendant.  I would like to thank the defendant for selecting

2    the TPA, Mr. Nolan's firm, and the CAM, because I understand

3    that the process was that there was an interview process and

4    three names were submitted and that Mr. Solow was the top

5    choice of both the defendant and the Government.

6          And I and Mr. Feldman, whom I didn't ask to introduce

7    himself, but who is my U.S. Probation officer on this case,

8    Jeff Feldman, could not have done the job that the law requires

9    us to do without the extraordinary help of this team.

10          And this team that I have here in the courtroom is

11    simply the tip of the iceberg.  I know that both back in

12    Houston and on the east coast Mr. Nolan's firm has a group of

13    auditors that have been invaluable, and Mr. Solow and his team

14    at Baker Botts have worked tirelessly late at night on ensuring

15    the success.

16          There are also a number of people that are not here but

17    who are listening in in the company who made this possible

18    because the responsibility of the CAM and the TPA was to

19    provide a mirror to the defendant so, hopefully, for the first

20    time you would have the data and the input that you needed to

21    accomplish the goal that you have constantly expressed of

22    wanting to be the best version of yourselves and to be the

23    industry leader.

24          As you all know, that has been my goal because the job

25    of every federal judge that Congress has imposed on us that

1    everyone we sentence we have a responsibility to make sure that

2    they return after prison or when they are a corporation and are

3    off of probation, that they be a fully functioning citizen that

4    contributes positively and that, hopefully, will never be back

5    in the courtroom again on a criminal matter.

6        That has been my goal.  I regret that there was some

7    bumpy roads in the first two years of probation before there

8    seemed to be the light that Mr. Feldman's assistance on the

9    first revocation helped to get everyone's attention.

10       I am grateful to see that there have been efforts.  I

11   would wish -- the unfortunate thing is that because of that

12   resistance in the beginning, we are not as far along as I would

13   have liked to have seen this company, which has such incredible

14   talent at all levels, particularly at the working level that is

15   really the reason why this company does as well as it does.

16   And to all those people that participated and gave feedback to

17   the CAM and the TPA, I am extraordinarily grateful.

18       The leadership that is here in this courtroom has a

19   resource that so many companies would be extraordinarily

20   envious to have in the commitment of the people in the company,

21   particularly the unsung ones, and particularly those in the

22   maritime aspects of this company.

23       I think that you all would agree that before we've been

24   focused simply on the revenue-generating side, the passenger

25   side, the hotel side and forgetting that Carnival is, first and

 1    foremost, a maritime company.  Its goal is to safely transport

 2    passengers on the open ocean and you can give people great

 3    experiences in beverage, in the state room, in the amenities

 4    that you provide, but if the foundation, namely the ship, and

 5    everything that it takes to support a ship, and Admiral Burke

 6    probably knows from his many years in the Navy, that it is --

 7    requires -- I can't think of what the word is.  Usually it's an

 8    Army but Navy people sort of get offended when I refer to the

 9    Army, but we are all together on the same chain.

10        I'd also like to compliment the way that the TPA and

11    the CAM's teams have worked so well together.  As you all know,

12    I am a great believer in the interdisciplinary approach to

13    problem solving, and it's been a role model for the future.

14        And to the Government, I thank the Government very,

15    very much for doing its role throughout.  We are an adversary

16    system, and so it always helps the judge to see the different

17    perspectives that are provided, and it helps keep us honest.

18    And that's the job of every citizen in our country that is

19    governed by the rule of law is that we need to be open,

20    transparent and honest with ourselves and with each other if we

21    are really going to function as a civil society.

22        So with that little beginning, I will ask the CAM first

23    to provide or should Mr. Nolan go first with the TPA's report?

24        MR. NOLAN:  Thank you, Your Honor.  I appreciate that.

25        As we stated in the last status conference, TPA was

1    assigned the responsibility of auditing the ship functions, the

2    shore side functions for compliance with the ECP, the company's

3    environmental management system and marine regulations.  I

4    think we accomplished that job over here.

5           During that five-year period, we conducted 151 ship

6    audits, about 31 office audits from where the brands operate,

7    the CSMART around the world.

8           We built a unique relationship with those on ships and

9    shore as we did those audits the first two years of this

10   probationary period, which lent itself very well to us as we

11   switched at the beginning of the pandemic to a remote audit

12   program.

13          We believe those first couple of years working with the

14   ships and shore side personnel and working with them very

15   closely and gaining their confidence in that the TPA was there

16   to help them improve their environmental management programs

17   set a very great baseline for the remote audits.

18          I don't think, if you look at the reports that came

19   from the TPA from the remote audits, you can tell that much of

20   a difference between those audits than the ones when we were on

21   ships.  The best thing we were able to do was to verify with

22   ship audits on board after the remote audits ended to verify

23   that what we were finding on the remote was actually what was

24   on ship.

25          So I know legally that was a very important aspect of

1    making sure that our audits bore fruit to the company to learn

2    lessons that identify problems within their systems.

3         We believe a number of our findings improved programs

4    within the company that they had not identified at that

5    particular time.  One in particular would be an inspection of a

6    food processing unit where we saw mixed plastics and food waste

7    being discharged.  We raised that issue.  To the company's

8    credit, they immediately put an entire team together, looked at

9    aspects across the company to see what they can do to fix that

10   problem.

11        The only problem at that particular time is the company

12   had done an engineering survey and a number of the respondents

13   identified to the company that they felt that they would be

14   mixing plastics and food waste spilling over the top side, and

15   the action occurred after the auditor found the issues on the

16   ship.

17        Slow to act at the first stage, but great response

18   after TPA made a finding.  That finding resulted in not only

19   identifying the issues of plastic in food waste, but it also I

20   think was the impetus for the company to look at a reduction of

21   food waste across the fleet and across the program, which I

22   think is one of the industry's best practices moving forward.

23        We also discussed alerting organizations in the

24   company.  The company has told us that we want to learn from

25   these audits.  We want to learn from our internal audits.  We

1    want to learn from the investigations.

2         There is probably two specific issues that are of

3    concern to the TPA at this particular point as it relates to

4    moving forward on certain pieces of equipment.  We have

5    discussed AAQSs in this area for a number of years now.  The

6    company had addressed a number of those incidents individually

7    and have taken under an effort to now go back and look at a

8    holistic approach to why the systems created a problem for

9    those people who were operating those systems.

10        Did we do the right thing when we bought them?  Did we

11   do the right thing when we designed then?  What would be the

12   impact of these particular pieces of equipment on board the

13   operating crews?

14        I think those findings by the CAM and raised within the

15   company set some challenges up for the ABG Group, and I think

16   they are now responding.

17        And I guess around 2019, 2020, there was some specific

18   concerns about bio-digesters and concerns about the media

19   within the bio-digesters potentially on putting plastics over

20   board because they were made of plastic and they would degrade.

21        The company reacted quite quickly, came up with a

22   method, after it was identified in the investigation, they

23   reacted quite quickly, and went to a different media, which was

24   admirable.  But recently we have seen some issues where some of

25   the media is being thrown, was being thrown into the

1   bio-digesters in what is called a Polyvinyl alcohol packaging

2   or covering which potentially could be considered a plastic

3   waste.  Learning lessons is important.  If you knew you were

4   putting plastics in the bio-digesters with the media, what

5   actions were taken to make sure you didn't do something like

6   that again.  You have to learn from the mistakes.

7        I think we talked about it before also, management of

8   change.  When you deal with these particular types of issues,

9   you can't be focused on the piece of equipment going on board

10   alone.  A ship is an integral bunch of components.  They all

11   work together, the people, the systems, the power.  They all

12   have to be integrated together, and if you don't do an

13   assessment of the impact of those particular pieces of

14   equipment going on board that are critical to the operation

15   unit, you have -- you are going to experience, potentially,

16   overwork, maintenance problems and potential compliance issues.

17        One of the big things the TPA was required to deal with

18   was issuing our findings.

19        THE COURT:  Say that again.

20        MR. NOLAN:  Issuing findings.

21        During the period we issued 1,011 ship and shore side

22   findings; 991 of those have been closed in the company's

23   system, and at this particular point I believe there is about

24   20 TPA findings that have yet to be closed.  Some of them --

25   most of those were from year five audits, which should be

1    closing shortly as the company works on them, and some are from

2    year one and year two.  And I think we identified that on the

3    closing ledger for the company to make sure those would be

4    addressed.

5         The TPA today did what we call an efficiency review of

6    the RCA, which was the root cause analysis of those particular

7    findings in the company's global HESS system, H-E-S-S.

8         The concern we had was, when we looked at the company's

9    RCA programs across internal audits, external audits and IAG,

10   there was no consistency on how those RCAs were to be applied.

11        THE COURT:  RCA is short for root cause analysis.

12        Unfortunately, my court reporter hasn't been with us

13   throughout, so she doesn't know all of the shorthand, and if

14   you could just speak a little more slowly and enunciate, it

15   helps.

16        MR. NOLAN:  I knew that was going to come.  My New York

17   started to come in.  Sorry about that.

18        So when you look at root cause analysis procedures

19   across the company, they are mixed.  They're not required to

20   document the findings of the root cause analysis.  The only

21   place that is presently requiring documentation of root cause

22   analysis is in investigations, and that was implemented in

23   February of this year.

24        Within that program also, when you look at the people

25   who have to conduct the root cause analysis on findings,

1   whether they be TPA findings, internal audit findings, are only

2   required to take a 30-minute computer-based training every two

3   years to do a root cause analysis of that particular finding.

4        That's probably not enough training to effectively deal

5   with how do we get to the root cause of why something happened.

6   I believe that needs to be supported a bit.

7        THE COURT:  I think it probably -- that you're being

8   understated and supportive a bit.  Thirty minutes?

9        MR. NOLAN:  Yes, Your Honor.

10       THE COURT:  But there is no hands-on practicum?

11       MR. NOLAN:  Not that we could find, Your Honor, for

12   those particular procedures.

13       More importantly, we did an assessment of year one,

14   year two, year three, year four, year five findings and the

15   root cause analysis, and we did not see an improvement in the

16   root cause analysis definitions that were provided for each of

17   those findings.  They were not done any better in year four

18   than they were done in year one.

19       There needs to be some understanding of why that

20   continues to happen that way because is it the training, is it

21   the people who are doing it?

22       But if the company wants to be a learning organization,

23   you have to understand the root cause analysis when you

24   identify the investigation at the incident, when RAAS raises an

25   audit finding, when an external party comes to the table and

1  has a finding.

2       These are all valuable lessons for the company to learn

3  and grow from.  They shouldn't be thought of as insignificant,

4  and I don't believe that the company has done that.  Just, you

5  have to make sure that each one of these needs to be addressed

6  properly because one of the small ones can become a very big

7  one and potentially lead to a compliance violation.

8       Again, as the TPA, the Third Party Auditor, we have

9  done a significant number of third party audits in the past

10 number of years.  Our work with the ship and shore side crew

11 has probably been the best relationship we have had on sharing

12 information and looking to grow.

13      Our relationship with the CAM and our interaction with

14 the CAM has made us both better at doing our job, I believe.

15 We talk the same language.  We meet each other normally once a

16 week.  We discuss issues, and I believe it helped us understand

17 how to focus on not only individual findings but systemic

18 findings across the Government.

19      I must say, I truly believe the company wants to do the

20 right thing, wants to be better, wants to be the class of the

21 cruise industry.  I think you are well on your way to doing

22 that, but keeping focus on these investigation issues and these

23 audit findings to grow would be one of the most important

24 factors to complete that.

25      Thank you, Your Honor.

1          THE COURT:  Thank you very much, Mr. Nolan.

2          Mr. Solow.

3          MR. SOLOW:  Thank you, Your Honor.

4          My greetings to all of you who are here, and it's good

5     to see everybody in person.

6          I want to start by joining in the Court's thanks to

7     people who are not here.  All the work that all of us here have

8     done has been largely due to the efforts of people in the

9     company who really put their trust in this process and were

10    remarkable in many ways, both in sharing information, sharing

11    concerns and raising issues, and part of our hope is that they

12    have gotten into the habit of doing that.

13         The reality is that a single individual came onto a

14    ship and saw things that were wrong and did not raise his hand

15    to the company, and one can imagine that we would not be here

16    today if the culture was such that the person felt that they

17    could have been heard in that moment.  None of this would have

18    been necessary.

19         But instead, this person saw illegal conduct, tried to

20    address it with their immediate superiors, could not do so, and

21    became a whistleblower and all of this actually ensued.

22         So when you think back to it, the kind of trust that

23    people have placed in this process now is what we hope would

24    continue so that if there are issues, if there are problems,

25    that they can be raised promptly and addressed promptly.

1           This has been a highly unusual monitorship, in my

2    opinion, far more open and transparent than most.

3           The Court has been a remarkably active participant.  We

4    have had more than 15 status conferences, which is highly

5    unusual for monitorships.

6           The office of probation has been engaged in a way that

7    it normally is not.  I don't know, actually, of many cases that

8    have had probation violated for a corporate offender, but to

9    have it done twice is highly unusual.

10          I think one of the things we can recognize is that

11   those efforts by Mr. Feldman really generated the most

12   significant changes in the company during the course of the

13   monitorship, and the great thing is the company has now adopted

14   them as their own.  These changes that might have been driven

15   by some shortcomings are now things that the company says they

16   own and intend to continue.

17          I think that all of this now, of course, is in the

18   context of two things; one is the pandemic, which almost put

19   this company down, and the other is the war in Ukraine because

20   I know that there are people who I am still in touch with the

21   company who have had family in Ukraine who have been extracted

22   or have been unable to extract them.

23          When we think about things like the pandemic, and we

24   think about Ukraine, it puts all of this in perspective.  It

25   doesn't mean that it's not important, but it undermines for us

1    that this is a human endeavor that we are talking about.  This

2    is an effort for people who work together effectively not only

3    to meet their business goals and succeed at those but to show

4    respect for people who work in a company by giving them a

5    workplace that is appropriate for the extraordinary effort that

6    they put out for the company.

7          Because this is an unusual monitorship, I will be brief

8    because actually my closing letters and all of my reports are

9    available publicly and available within the company through its

10   global HESS system, that's really unusual.

11         I also want to take a moment to commend Mr. Chris

12   Donald.  One of the most common concerns that were raised by

13   the company's prior probation and falling back into criminal

14   misconduct was that the environmental office before became

15   diluted, became ineffective.

16         What Mr. Donald has done very competently, very

17   quietly, very effective, is to create this core of

18   environmental officers across the company, and I have met with

19   them more than anybody, more than anybody over this time.  They

20   are a group that is becoming a trusted source of guidance and

21   support for the ships and it will be very important that they

22   retain that ability to do that work, that they retain that

23   space and time.

24         So, for example, the space and time that they were

25   doing things that related to the fact that we had oversight of

1    them, that is being given back to them.  That is not time that

2    can just be taken up with something else.  The most important

3    thing that could be done with that time is for them to expand

4    and continue to engage with the people on the ship.

5          What we want is that that whistleblower had an EO who

6    would listen and take action.  So this group is one of the most

7    important risk management groups in the company, not only

8    because they have visibility in every aspect of ship

9    operations, which is unusual, but also because they see across

10   the operating lines in the way that Chris has organized them

11   and trained them.

12         They are trusted guides and they have to remain so if

13   this is going to work.

14         There are also a lot of things, Your Honor, that were

15   underway that have nothing to do with the ECP, have nothing to

16   do with any of the changes that were brought that have led to

17   really significant improvements.

18         Again, I am not going to list everything, but one I

19   will point out is Admiral Burke's effort to have the bilges be

20   dry and well lit.  A well lit and dry workplace is both the

21   sign of respect for the people who work in it, but it also

22   enables you to see what is going on and what needs to be done.

23   And that effort, which has nothing to do with this, is one of

24   the most significant things I think has been happening across

25   the fleets as they have been operating throughout this time

1    period.

2           As I said, I filed my closing letter.  It has in it a

3    variety of things that I think were hindrance and obstacles, as

4    Chris and I spoke very early on, to success.  I am not going

5    through all of them, but I want to mention one area that I had

6    not anticipated and it was part of the learning of this effort.

7    That is equity and inclusion and its impact on compliance.

8           Cruise ships are among the most diverse work places in

9    the world, but they are also the most stratified.  That

10   stratification, it turns out, is a risk factor.  The company

11   has now recognized it, and efforts to diversify within and

12   among its ranks are going to be very crucial towards dealing

13   with the risk of noncompliance.

14          When we think of DEI we think of it in three times.

15   Simple justice.  It is wrong to discriminate.  Legal

16   requirements, it is illegal in many places and there is sort of

17   this happy talk of win-win and everything goes better because

18   of it which I think sometimes is made with sincerity and

19   sometimes it's not.

20          And there is a fourth area and that is the risk, and

21   what the studies and research we have been looking at show is

22   that overly homogenous groups are poor at both identifying and

23   reacting to risk.

24          So, we discussed this quite extensively, but I don't

25   want to go into the other areas that were sort of barriers.

1          I believe that leadership has decided to take a

2    different tack.

3          THE COURT:  To take a different what?

4          MR. SOLOW:  Tack, approach, to make compliance work.

5          One of our teams sort of watch birds on that is how can

6    leaders make compliance work better.

7          THE COURT:  Easier.

8          MR. SOLOW:  How can they make it easier, not in the

9    sense that this work is easy, because it is not, but simplify,

10   clarify, smooth and it can be something as simple as the fact

11   that the company is leading the way in terms of its guest

12   service and its Ocean Medallion Program, which is a way of

13   people being able to move freely around the ship without

14   carrying a wallet and so forth.

15         The people on board the ship, though, are still doing

16   things like handwritten notes of who attended a training that

17   is then being compiled and put into a spreadsheet.  The same

18   kind of energy and level that led to Ocean Medallion needs to

19   go towards supporting the crew members to work efficiently and

20   effectively and not waste time on paperwork when they could be,

21   for example, as an environmental officer that have do their

22   training, circulating across the crew and talking to them and

23   asking if people understood what they were talking about.

24         One of the unique aspects of this monitorship was the

25   culture assessment.  It was the first of its kind effort and

1    the company supported it from the get-go.

2           We found in SAYFR, the company that conducted the

3    survey, a remarkably talented, thoughtful group that really got

4    out issues that related to what are the strengths and

5    weaknesses and leadership behaviors affecting compliance.

6           We were able to survey 75,000 employees at the

7    beginning and about 55,000 employees recently.  One thing that

8    most monitorships have unclear is how do you know things are

9    better?

10          We do know that things are better because we can look

11   at this survey which meets the requirements of the survey for

12   the validity and reliability and say that the culture has

13   improved.  And I will note that Mr. Donald can agree with me

14   it's not where he wants it to be at, but I also think that the

15   company can take credit through a pandemic and a pause in

16   operations that could have ended the company to still see an

17   improvement in culture, which is a remarkable thing.

18          It's not where it needs to be as the company has said,

19   but it has improved.

20          All of these efforts have been part of the desire from

21   the Court's instructions from the very beginning that the

22   company emerge successful and the leader and so forth.

23          I am a little more focused on the minute details, and

24   that is the lives and lived experience of people on board who

25   do the work, extraordinarily arduous work.

1          I have been a visitor to engine rooms for hours at a

2    time, and I can tell you, it is hot, and the work is hard and

3    it is continuous.  I think that there is a lot that can be

4    done, still, to improve the ability of people to do their work

5    safely and to achieve compliance, but I think that a lot of

6    measures that have been implemented because of this monitorship

7    have helped in that regard.

8          It has been an extraordinarily time consuming and

9    burdensome effort.  There is no question about that, but as

10   counsel said, Mr. Nolan said, the company responded to every

11   single request we made for information with speed and

12   completeness and that enabled us to do the analysis that we did

13   and at that time the company sits there and thinks, I don't

14   know that I agree with the CAM's analysis, I don't know if I

15   agree with what the TPA is saying, remember that we are truly

16   trying to mirror back to you what your own folks are saying,

17   your smart, dedicated people in your company.

18         When we say things that are positive, that's a

19   reflection, but when we say things that need to be addressed,

20   that are barriers, that's also a reflection, and I just ask

21   that you stop and consider that if what we are saying is true,

22   what might you do differently.  Because I think if you engage

23   in that exercise, you will find that there are things that you

24   can do differently that are not onerous or impossible to

25   achieve, that are within your reach and that can make a really

1   significant difference both in the success of the company

2   overall, but importantly for the reasons that we are here, your

3   ability to have a sustaining, continuously improving culture of

4   compliance so that if someone finds an issue in the future that

5   concerns them, that they know where they can go.  They will be

6   heard.  Actions will be taken.

7         I have always said from the very beginning when Admiral

8   Burke and I first met, there are going to be mistakes; there

9   are going to be problems.  The only question is what you learn

10   from them, and as simple as that sounds, that's been a lot of

11   what this exercise has been about.

12         It is a very humbling, as I said before, and difficult

13   process to be entrusted by people with their information and

14   their concerns.  Some people have -- a lot of people actually

15   have cried in my presence when expressing difficulty of

16   shipboard life.  What we have tried really hard to do and what

17   I set out to do when I applied for this position was to reflect

18   back to you in honesty the lived experience of the people on

19   the ship.

20         So I ask you to treat all the things that we have said

21   as a reflection of that.  People who want you to succeed, who

22   want things to move forward but who also want things to be

23   better in many ways and my belief is that if they are there

24   will be improvements all down that line.

25         Again, I would just close here, Your Honor, by thanking

1    the Court and Probation for their support in this and the

2    Government.  I have known the prosecutors in the case for many

3    years and as they would like to remind me, this is the most

4    work they have done on a closed case.

5         They have been extremely helpful and supportive and

6    there are people throughout the company who have been

7    extraordinary, extraordinary in their efforts to improve the

8    situation that has befallen this company.

9         I am ending this process with a huge amount of respect

10   for those people and for their efforts, gratitude for all the

11   people who supported this work so far, and I believe that as,

12   you know, one executive company says, you now have a road map

13   for success.  Thank you very much.

14        THE COURT:  Mr. Solow, you have eloquently expressed on

15   behalf of the Court, and I am very grateful for that.  Thank

16   you.

17        MR. SOLOW:  Thank you, Your Honor.

18        THE COURT:  If we may, I'd like to turn to

19   Mr. Weinstein for the update on the Mardi Gras, which was the

20   issue that we --

21        MR. WEINSTEIN:  Your Honor, should I try from here or

22   would you like me there?

23        THE COURT:  Let me ask the court reporter which is

24   better?

25        THE COURT REPORTER:  Do you want to try the mic in

1    front of you?

2              MR. WEINSTEIN:  Can you hear me?

3              THE COURT REPORTER:  Yes.

4              THE COURT:  If you want to sit down, you can do that.

5              If you are more comfortable standing, there is a place

6    to put your notes closer to you at the podium.

7              MR. WEINSTEIN:  I'm good here, if you don't mind.  I'll

8    have a seat.

9              THE COURT:  Okay.  Just make sure the microphone is

10   close to you.

11             MR. WEINSTEIN:  Thank you, Your Honor.

12             THE COURT:  Perfect, I can hear you, and I believe the

13   court reporter is nodding yes.

14             MR. WEINSTEIN:  So, as Your Honor knows, we were -- by

15   the time of our last conversation on this topic, we were able

16   to move away from the manual efforts around the sewage residue

17   incineration process, and now we have been using standard tanks

18   and pumps as part of our normal engineering offload duties.

19   And that had already taken the efforts involved from 330 hours

20   a week of pretty manual intensive, very unpleasant work, to ten

21   hours that's part of, again standard engineering type of

22   routines.

23             Now, what we did say, Your Honor, was that we were

24   exploring additional improvements that we can make to the

25   situation.  First of all, we have already worked with a

1   manufacturer of the equipment, and we were able to modify the

2   screens that are used to separate the sewage residue and what

3   that means is we are producing now, effectively drier and less

4   sewage residue.

5        Now, it's still going through that engineering process,

6   no manual work in between, but instead of having to offload

7   every week, we are able to do it every two weeks because there

8   is less volume and probably can push that to every three weeks

9   or four weeks over time, but that still means offloading, as

10  opposed to what we had intended, which was to be able to

11  incinerate the waste.

12       So, we have been looking at additional technology.

13       As a matter of fact, just last week we were finally

14  able to put a purchase order in for equipment that effectively

15  cleans the residue and compacts it into a brick and then

16  automatically puts it into a bag that the crew member can

17  fairly easily take over to the incineration.

18       That won't be up and installed until probably July, but

19  we are looking forward to that.  We are going to have to learn,

20  as you heard both Tom and Steve talk about, so that process is

21  going to take some time to make sure we understand it and can

22  feel confident in doing so.

23       So at the moment we will continue with the other

24  process, but it does look promising.

25       THE COURT:  As you are going through this learning

1    stage you have built in feedback loops so you can look at all

2    three levels, not only -- because the personnel, the machine,

3    the power --

4         MR. WEINSTEIN:  Yes, Your Honor, the change management,

5    Your Honor, to make sure we understand what we are doing in a

6    more holistic way.

7         That leads to a couple of other things that we said we

8    would be doing.  One was looking at new procedures for change

9    management around new builds for introduction of any type of

10   major equipment or system changes that could impact ship

11   operations to help mitigate unintended consequences.

12        That work is well under way.  There is a draft policy

13   that is in process as between our corporate ship-building team

14   and the operating lines.  We are on draft to be able to publish

15   that by April 30th, which was our intended due date.  That will

16   involve effectively a change management process for making

17   changes to ship specs that would be different from what was

18   originally in the ship lines.

19        THE COURT:  So, Mr. Weinstein, this is -- did I hear

20   correctly that we are talking across the brands?

21        MR. WEINSTEIN:  Step one, Your Honor, is we talked

22   about it last time.  This is centered around a new built

23   process because this was in addressing the issues that we found

24   from Mardi Gras and how they arose, so we are starting at the

25   very front end of the process.

1     THE COURT:  Okay.  But ultimately the goal is because

2   right now I understand that the way this company is structured,

3   we've got all of these siloed brands and they all have their

4   individual desires that they put in when they are seeking a new

5   ship.  Am I correct?

6     MR. WEINSTEIN:  This is applicable to the whole

7   corporation from that perspective, yes, Your Honor.

8     THE COURT:  This company has been remarkable in how it

9   has been able to have a cross-brand unified financial approach,

10  which I understand you to be part of and just that holistic

11  view with input and listening to the -- Mr. Aronson wants to

12  whisper in your ear.

13    MR. WEINSTEIN:  Sorry, Your Honor.  I was listening,

14  Your Honor.  Go ahead.

15    THE COURT:  I have done this long enough to know I wait

16  until somebody finishes speaking.

17    The concern that I've always -- it's been obvious to me

18  who is not involved as an outsider is that the wisdom and the

19  brilliance of that cross-brand financial approach may have some

20  great benefits.

21    To some extent, I think Chris Donald has done it with

22  the environmental fleet.  I know you have done it with -- you

23  are doing it with the engineer and the captains since the

24  Concordia, so it helps to have some kind of broad input from

25  the different brands because, again, that sort of provides some

1    diversity in coming up with the best solutions.

2            MR. WEINSTEIN:  I agree, Your Honor, so specifically in

3    this case, that corporate ship-building unit actually is a

4    support function for all of the brands, and the way we are

5    going about building this policy, for example, it's inclusive

6    of getting the input of all of those brands now, working

7    through a difference of opinion about what's optimal and how we

8    should make this work and then we move forward with one policy

9    for everybody.

10           THE COURT:  Okay.

11           MR. WEINSTEIN:  And I could say the same thing with

12   respect to our corporate wide approach in methodology to

13   determine appropriate staffing levels for a new build when they

14   come out, and we are doing the exact same thing, albeit with

15   some different players in the process, but it is again --

16   actually, it's being led by Admiral Burke and it involves the

17   HR groups and the operations side across all of the operating

18   companies to define a procedure to make sure that we are

19   appropriately planning, as best we can, for staffing levels for

20   new build vessels.

21           That is on track for what we said, which is by

22   May 15th, to have that in place.

23           As a matter of fact, we got the last of the comments

24   Friday and so working through that this is going to involve

25   some discussion because if we want to involve everybody, it

1    means we've got to involve everybody and be inclusive and

2    listen and debate some things and then we settle on one policy

3    and move forward.

4         THE COURT:  And, hopefully, you have the one policy but

5    on an annual basis you take a look at it and say, okay, how

6    well is it working.

7         MR. WEINSTEIN:  Absolutely.

8         THE COURT:  Any lessons learned, experiences --

9         MR. WEINSTEIN:  Yes.

10        THE COURT:  -- that we need to tweak it.

11        MR. WEINSTEIN:  Absolutely.  Thank you, Your Honor.

12        THE COURT:  That's part of the management of change and

13   the new build staffing.

14        What about the additional compensation for the Mardi

15   Gras crew?

16        MR. WEINSTEIN:  Yes, actually, very shortly after our

17   last hearing there was a ceremony hosted in person by Christine

18   Duffy, the president of the Carnival Cruise Line and Arnold

19   Donald who videoed in, who wasn't able to be there in person, to

20   acknowledge and thank the team, award them with the I am

21   Carnival awards.  The majority of people who have been on board

22   were able to receive the 1,000 award already, and the remainder

23   actually on board now and is part of their pay cycle this

24   month, so that's all done and finalizing this month.

25        THE COURT:  The extraordinary devotion of the people

1    that were making sure that the waste, raw sewage was properly

2    disposed of and not environmentally improperly disposed of are

3    real heroes, and I admire them terrifically and am very

4    grateful, and all of the passengers who had no idea of all of

5    this effort owe them a serious applause.

6              MR. WEINSTEIN:  It's a great team, Your Honor.

7              THE COURT:  Thank you very, very much.

8              Any comments from either the Government on this report?

9              MR. UDELL:  Not on this topic, Your Honor, thank you.

10             THE COURT:  And from the CAM?

11             MR. SOLOW:  Your Honor, I would just step up briefly to

12   say that, and I know Mr. Weinstein and he has a deep regard for

13   people who work in a company, but given the circumstances of

14   this, again, and given the fact that I know the people in the

15   company are listening, I think it would have been good to hear

16   that the company recognizes that these conditions in which

17   people were sorting and treating sewage by hand was intolerable

18   and that that will never happen again.  And those kind of

19   circumstances are the kind of circumstances that not only this

20   program but others are designed to prevent and that's not just

21   something that can be allowed to happen.

22             I know both Mr. Aronson and Mr. Donald made that

23   commitment, but I don't think that it is stated often enough,

24   and I know Mr. Weinstein enough to know that that's in his

25   heart as well, but it would be good to hear from the company.

1            MR. WEINSTEIN:  Yes, Your Honor.  We did make it clear

2    last time.  I am happy to say we found this unacceptable, and

3    we are very glad that it got raised to the attention of shore

4    side so that we could figure out a path forward.  I can't

5    promise anything because things happen, but it's certainly our

6    intent to never let it happen again.

7            THE COURT:  Certainly, to let it go on for six weeks,

8    give me a break.

9            MR. WEINSTEIN:  Yeah, I think --

10           THE COURT:  I mean, you know, true, things go wrong but

11   there needs to be a commitment to a rapid response.  Granted,

12   when you are out in the middle of the ocean, I understand the

13   reality, but it is a commitment, and just based on how well you

14   ran Carnival UK and the leadership style that you had there, I

15   hope that -- I know that you have been sucked in to helping

16   financially the company stabilize since the pandemic is now --

17   God willing and the creek doesn't rise -- coming out of a

18   pandemic.  But I hope that you will bring that same philosophy

19   and attitude because it's so critical, as a leader, to have

20   that commitment to your troops.

21           You take care of your troops and your troops will take

22   care of you.

23           MR. WEINSTEIN:  I agree, Your Honor.

24           MR. NOLAN:  Can you hear me now?

25           I don't mean to sound like a broken record, but I am

1   going to be one.  In this management of change process you are

2   implementing for new construction, I think there actually -- I

3   think it needs to incorporate what we have talked about for a

4   number of sessions, that this particular process allows you to

5   document why you did what you did, so as the judge said

6   earlier, when you go to reevaluate if it was effective, you

7   have some sense of why you did what you did.

8         We first saw on the Mardi Gras, we don't know why the

9   dryers were removed.  We don't have an answer to that question.

10   That should never be one of the things that happens again in

11   the organization.  Just to reaffirm, that kind of information

12   helps you learn and I think you just make sure that it's part

13   of that process.

14         MR. WEINSTEIN:  Thank you, Tom, yes.  Thank you.

15         MR. UDELL:  Your Honor.

16         THE COURT:  Yes, Mr. Udell.

17         MR. UDELL:  There are two things about the discussion

18   that I know I passed on my opportunity to make a comment about

19   this but I think might be helpful.

20         On the management of change issue, we were struck by

21   how could we be at this juncture and there isn't a policy about

22   management of change, and then secondly, on the specific narrow

23   issue here, I think Mr. Nolan's point is important.  A company

24   should have a root cause analysis of how this change was not

25   properly managed, how did it come to this juncture.

1          And I don't recall offhand whether that is something

2     that RAAS or IAG currently is looking at, but certainly we hope

3     that they do, and we hope that that gets to the bottom of this

4     specific failure to learn from it.

5          I was also reminded about an aspect of the original

6     case that I thought I would address because I know many of the

7     people with the company are new.  One of the underlying

8     violations that the company was prosecuted for had to do with

9     the fact that gray water tanks were frequently overflowing,

10    sometimes every crew, sometimes every other day.  The crew had

11    to pump it back in -- they did -- they didn't have to, they did

12    pump it back into the gray water system but that's after it hit

13    the bilges and at that point it's no longer just gray water.

14    It's contaminated with hydrocarbons and it has to be treated as

15    bilge water.

16         The reason that I mention this is because when we did

17    our interview and we asked crew members about this, we were, of

18    course, focused on the fact that there was a violation that was

19    occurring, a MARPOL violation and a crime, but to a person, we

20    learned that the crew members who were performing this task

21    found it extremely unpleasant.

22         We thought of gray water somehow being not as

23    problematic as black water and that's not what they heard from

24    crew members.  They said, no, it smelled just like raw sewage

25    and they had to go clean it up in the bilge spaces on a regular

1    and routine basis and this was not isolated to one ship.  It

2    was many ships.

3         So, what it makes me think about, as I am sitting here

4    today, listening to the CAM and to Mr. Weinstein and the Court

5    is that there was another aspect of that offense conduct and

6    that was just the position that employees were faced with on a

7    regular basis of having to do something truly unpleasant that

8    no one reported internally.  So here with the Mardi Gras, a

9    positive sign, of course, is that somebody reported this

10   through the open reporting system and it took a while to get

11   addressed but got addressed.

12        So, having employees, trying to channel what the

13   Court-Appointed Monitor might say about this, I think, having

14   employees put in a position of having to do something like

15   that, having to literally shovel crap, if you will, is a risk

16   factor to the company.  That's a serious problem that causes

17   risk and, of course, you do want them to report to you rather

18   than to us, but how is it that people could be put in that

19   situation on a regular and routine basis for years.

20        THE COURT:  Mr. Udell, thank you very much.

21        We need to remember the human beings and always keep in

22   mind, put ourselves in their place because if we do then we can

23   better see reality, at least have better understanding.

24        I believe there is also the response that the company

25   filed to -- well, as far as the internal investigation.  I have

1    read the Carnival's April 8th letter to Mr. Solow and I

2    understand that Mr. Hutchinson is going to speak on it.

3          Yes, no, maybe?

4          MR. HUTCHINSON:  Is there a general update or any

5    specific response, Your Honor?

6          THE COURT:  My first question is, who wrote this

7    letter?

8          Having spoken to you and heard you speak, this is not

9    your voice in this letter, so who was the author of this

10   letter?

11         MR. HUTCHINSON:  The response letter was authored by

12   myself and Mr. Anderson --

13         THE COURT REPORTER:  I'm sorry, he's got to pull the

14   microphone close to him.

15         MR. HUTCHINSON:  Your Honor, the response letter was

16   authored by myself and Mr. Anderson with the support of

17   Mr. Marty Steinberg of Hogan Lovells.

18         THE COURT:  Maybe I should have the CAM -- I was a

19   little frustrated by the response, I guess is the best way

20   to -- it just -- well, I think that perhaps I will just call on

21   the CAM since the letter was addressed to him.  Hopefully, he

22   does -- I have ventilated to the CAM my frustrations.

23         MR. SOLOW:  Thank you, Your Honor.

24         I think that the Court's concern about the letter is

25   that it does seem to not allow for the potential that some of

1    the issues that were raised do deserve some genuine

2    reconsideration by the company.

3         We are actually, Your Honor, going to engage further

4    with IAG, even in the limited time we have remaining in the

5    monitorship, to try to discuss and work through some of these

6    issues.  I think that one of our concerns, as you know, was

7    that the assessments that were made regarding resources was

8    hard for us to comment upon because we didn't have all the

9    underlying data that we thought we would need in order to

10   assess it, and just based on our own experience with the volume

11   of work and all of the issues confronting IAG, we questioned

12   whether that was a sufficient level of resource for them to do

13   what they need to do.

14        We are at this point in the monitorship where, to a

15   certain extent, we can raise these issues.  We sometimes find

16   it concerning that that does seem to be a return to a sort of

17   defensive litigious approach to these issues when we are trying

18   to put them forward in a way that is not that but is actually

19   on the basis of a lot of careful consideration of the specific

20   issues the company is dealing with.

21        But as I said, our hope is to have continued dialogue

22   with IAG, Mr. Hutchinson, and his colleagues, to try and shed

23   light on these issues and try and move this issue forward.

24        I don't know if Mr. Nolan wants to say anything further

25   about it.

1          THE COURT:  Okay.  Has the Government seen the

2    response?

3          MR. NOLAN:  I think, Your Honor, I think the CAM does

4    capsulize our sentiments.  We had been working diligently to

5    have a free exchange of information, helpful recommendations

6    and was quite surprised by the way this letter came back to us.

7          We really didn't expect that.

8          Hopefully over the period of time we are talking about

9    we can get back to having that fair exchange of information so

10   that we can -- maybe we need to make ourselves a little bit

11   clearer of what we are trying to express in an effort to help

12   the program get better.  So hopefully we can make that happen.

13         THE COURT:  I am just going to hit on two things that

14   jumped out at me that are almost superficial.

15         I am looking at the discussion at number one task, just

16   talking about and defining the standard of proof for IAG of

17   investigations, and it goes on from the bottom of the page up

18   until almost the bottom of the second page.  Quite frankly, I

19   admire and I am so pleased that you hired Marty Steinberg

20   because I have extraordinary respect for him as a lawyer, but

21   that explanation came across -- and I'm sure maybe it doesn't

22   hit your legal counsel as it did me, but preponderance of the

23   evidence is not proof beyond a reasonable doubt, is not proof

24   of clear and convincing evidence.

25         Preponderance of evidence is that it's more likely true

1   than not true.  It is what the Government has to persuade a

2   group of grand jurors that more likely true than not true a

3   crime was committed and that the specific defendant comitted

4   the crime.  It is the standard used in every single case in the

5   civil side in which the plaintiff has the burden to prove that

6   it is more likely true than not true, and as I explain to every

7   jury in a civil case, it's as if I've got the evidence on one

8   side saying, yes, that is, and, no, if they are an equipoise,

9   then the plaintiff hasn't met their burden because the

10  plaintiff has the burden to tip the scales and keep them tipped

11  even if it's by a mere feather.  If you are going back and

12  forth, then they they haven't tipped the scales and the

13  defendant must prevail.

14          MR. KELLEY:  Your Honor, I don't think there is any

15  dispute about that.

16          THE COURT:  Then why does it take so long, Mr. Kelley,

17  to put this down on paper?

18          MR. KELLEY:  I can't take credit for this draftsmanship

19  here, Your Honor, but I know Mr. Steinberg, together with the

20  company, were very committed to the fact of all the principles

21  you just laid out.

22          I think the challenge is and was perhaps the victim of

23  inartful draftsmanship or some confusion to completely untangle

24  the corroboration necessary from, you know, having -- I think

25  using the verifiable facts, and I don't disagree with the CAM

1  and the TPA's analysis of that.  But I think it's the company's

2  intention to completely untangle that, to apply all the notions

3  attendant to preponderance of the evidence that you've just

4  articulated.  They have that on one hand, and then as you

5  conduct your investigation, kind of as a method of

6  investigation, to collect facts and test those facts in some

7  way to determine whether or not they amount to something more

8  likely than not.

9       And it was -- the verifiable facts I think was a poor

10  term, and I think the company's intention is to completely

11  untangle that and approach it in exactly the way that you've

12  just said.

13       I think when the CAM sits down with the company as

14  Steve says they will, I think that will become abundantly

15  clear.  I certainly think it's Mr. Anderson and

16  Mr. Hutchinson's intention to apply it that way.  I also think

17  it was Mr. Steinberg's intention to apply it that way.

18       Certainly we intended to -- now, we took a pretty heavy

19  shot early on in this probationary term for appearing to be

20  litigious when we countered something.  That certainly was not

21  the intention here.

22       THE COURT:  Okay.  Mr. Udell.

23       MR. UDELL:  Your Honor, the Government greatly

24  appreciates Mr. Kelley's remarks on this, and I thought I would

25  hone in specifically on what jumped out to the Government and,

1  it appears, what the Court is referring to.  It's the sentence

2  that says, "Simply relying on uncorroborated and unverified

3  witness statements is disfavored in both science and law."

4        THE COURT:  Yes, okay.

5        MR. UDELL:  So, let's be real clear.  That's not true

6  of the law.

7        THE COURT:  In neither science nor the law.

8        MR. UDELL:  There is no citation, of course, for this.

9  We were recently criticized on our citations, but we looked up

10 at the pattern jury instructions, Your Honor.  We looked at the

11 civil instructions and, in fact, jurors, even in criminal

12 cases, are instructed about direct evidence, circumstantial

13 evidence.  Jurors are instructed in the pattern jury

14 instructions for this Court, and every court, that they have

15 equal weight, and what we are concerned about in reading this

16 letter is that -- is that any intimation that this means that

17 we can just disbelieve our own employees.

18        If Mr. Keays, the whistleblower that started this case,

19 didn't have a video, we could just pretend it's uncorroborated

20 and unsubstantiated, which is a phrase that we saw in many of

21 the prior reports of IAG and its predecessor.

22        THE COURT:  Even on the Mardi Gras.

23        MR. UDELL:  And on the Mardi Gras, as the Court

24 observed on its footnote.

25        So this is a huge risk factor.  It's a huge risk factor

 1    because in addition to the environmental officer program, one

 2    of the things I think the company should be proud of is the

 3    open reporting system.

 4           So every company that's ISM certified, that's doing,

 5    you know, filling out the right forms, they have open reporting

 6    system.  They have a system that is advertised on the lunchroom

 7    wall and in the engine room saying call this number.

 8           From my experience, almost none of those companies have

 9    ever received an open report.  In this period of probation your

10    companies, collectively all the brands, you have received a lot

11    of open reports.  The Government knows that because we get

12    copies.  Right?

13           They are specific and people have been coming forward,

14    and they have been coming forward to you.  And after the

15    Court-appointed monitor and the TPA and the Court and the

16    Government are gone, in another a week or so, they are only

17    going to come to you.  Hopefully they keep coming.

18           So, a program that -- if the standard is that

19    uncorroborated evidence is disfavored, what employee is ever

20    going to use that open reporting system.  They are going to

21    say, I have to have proof; I have to have other witnesses, but

22    witness testimony alone, is what we, the Government, is what we

23    bring criminal cases and win convictions about, because we look

24    at that witness.

25           Is that witness a knowledgeable person; was that

1   witness present and an eyewitness; was that witness a

2   responsible person; was it the second engineer, the third

3   engineer?

4          THE COURT:  Does this person have an interest or motive

5   to lie?

6          You have to look at -- I'm sorry, Mr. Udell.

7          MR. UDELL:  I appreciate it, Your Honor.

8          THE COURT:  I mean, maybe it's because I have lived

9   with this criminal law so much is that even in a conspiracy, an

10  uncorroborated co-conspirator statement is enough for the case

11  to go to the jury, for the jury to evaluate, were the witnesses

12  credible; did they have an interest in the outcome of the case;

13  were they an eyewitness; did they have any problem with seeing.

14         All of the things that we -- and, hopefully,

15  Mr. Steinberg who used the outline that we used in the standard

16  jury instructions that we give to jurors in evaluating witness

17  testimony, you have to have trained investigators who look, who

18  keep a poker face, ask open-ended questions.

19         I have never been trained as an investigator.  I am

20  always very impressed with good investigators, but you want to

21  get information, and the more information you can get, then you

22  can sort of test it with your own common sense and your

23  experience.

24         So, even though you don't have corroboration or it's

25  not, quote, verified, however you mean them, you can still act

1    upon it.

2         MR. KELLEY:  Your Honor, If I may --

3         THE COURT:  Just a minute, Mr. Kelley.  Mr. Udell has

4    not finished.  I interrupted Mr. Udell, and I apologize.

5         MR. UDELL:  Actually, my colleague,

6    Mr. Watts-Fitzgerald, Your Honor, he came up with the same

7    exact example that you did about a co-conspirator statement

8    being sufficient for a jury to convict, but the point that I

9    make to the company is that we are not talking about

10   convictions here.  We are not talking about proving violations.

11   Your internal investigations should be, I hope, more important

12   to you because what you are evaluating just as risk.

13        So, if your IAG investigators are trying to prove

14   something to the standard of it being a violation, then you are

15   not going to hear about a whole lot of things that you are

16   going to want to hear about.

17        I think my other point that I just can't underscore

18   enough -- and I don't normally talk to you all directly, I'm

19   normally talking to the Court, but it's my last chance -- I

20   think that this phrase, "uncorroborated evidence is disfavored

21   in science and law," it has the potential to completely

22   eviscerate your open reporting system, which it should be and I

23   am proud of at the moment.

24        So, if the goal is to identify risk and to learn from

25   it and make change, that's got to go.

1          MR. KELLEY:  Your Honor, we don't debate any of that.

2    We will work with Mr. Steinberg and take a different approach.

3          THE COURT:  Blessings on you, Mr. Kelley.

4          MR. KELLEY:  Pardon?

5          THE COURT:  Blessings on you.

6          MR. KELLEY:  Thank you.

7          THE COURT:  The other thing that made me concerned is

8    that under the Roman numeral four, Resource Assessment, this is

9    number A, sort of the blithe statement, "Since the initial

10   tasks will be performed by the outside consultant, Renaissance,

11   the current burden placed upon HESS CCMs will be manageable,

12   especially considering the additional time that will be

13   available once certain ECP-related responsibilities will end on

14   April the 18th, 2022."

15         Okay.  What's the basis for that statement?

16         What are the facts and the circumstances that lead you

17   to make that statement and, I mean, what's the evaluation?

18   Have you done a time management evaluation?

19         That is my -- my concern is that we have not seen the

20   use of the management of change techniques.

21         MR. ANDERSON:  Your Honor, if I may --

22         THE COURT REPORTER:  May I ask who's speaking?

23         THE COURT:  Mr. Anderson.

24         MR. ANDERSON:  Pete Anderson.

25         Your Honor, part of the responsibility for the

1    compliance verification in working with Marty and Renaissance

2    and also other team leaders that -- as you know, we are making

3    good progress on that.  As you recall, every IAG investigation

4    comes with recommendations about how to prevent and improve.

5    And those actions that are, again, owned by management going

6    forward, once they are completed, this step, which I think is

7    the best practice that not many companies do, is not just

8    evaluating that the actions were completed in a timely basis

9    but also measuring whether they actually moved the needle in a

10   meaningful way.

11          So the purpose of actually looking at assessing the

12   effectiveness of the completed actions, I think it was

13   important for us to turn to, again, Mr. Steinberg's

14   recommendation.

15          THE COURT:  Are you talking about number C or number A?

16          MR. ANDERSON:  It's actually all of four.

17          THE COURT:  Okay.

18          MR. ANDERSON:  And when we were thinking of embedding

19   that, outsourcing it to a consultant for a short period of time

20   because that consultant, Renaissance, working with

21   Mr. Steinberg, has done the effective assessments for other

22   organizations, so the notion of that task, it's essentially

23   going to come back into my team under the direction of

24   Mr. Donald and Mr. Ellis because they are the heads of our

25   efforts to monitor both Environmental, and then Health, Safety

1    and Security.  Those are the whole -- those are the full scope

2    of issues that IAG looks at, the HESS issues.

3          But, again, rather than have them create something, we

4    were going to turn to the consultant who, again, has the

5    resources ready to go.

6          THE COURT:  I think that is quite novel.  Why reinvent

7    the wheel when you can find somebody?

8          MR. ANDERSON:  Right, but it's important.  We didn't

9    want to be outsourcing it.  We have to own this, and we

10   recognize -- so that what Mr. Donald and Mr. Ellis will

11   eventually take back, whether it's three, four, five,

12   six months from now, they have already performed in the level

13   two analysis, issues -- not the level threes that the reports

14   are based on currently, but they have gone through the exercise

15   of looking at incidents, looking at responses that the

16   management has taken, and that has given them the ability and

17   they're predicting that they will each need one additional

18   senior director once they get it back from Renaissance.

19         THE COURT:  So you are saying that Mr. Ellis and

20   Mr. Chris Donald provided input to you to make this statement?

21         MR. ANDERSON:  Absolutely, and they are comfortable.

22         Your Honor, understand, because this is new, and I

23   think this is best practice, similar to the mentality with IAG

24   and the initial re sourcing of how many investigators we need,

25   if we need more, Your Honor, the company will provide more.

1          THE COURT:  Okay.

2          MR. ANDERSON:  It's very difficult when you are

3     starting something new to get it right.  You just have to make

4     sure that you assess and listen and a feedback loop can be

5     continued.

6          That commitment comes from not only our executive

7     leaders but the board has said to both myself, to Chris, to

8     Mr. Ellis, Mr. Hutchinson when we meet with them quarterly,

9     what do you need.  Arnold Donald regularly asks, what do you

10    need.

11         Again, we want to be a good steward of assets, but as

12    we are venturing into these new and really, really important

13    cutting edge, we are going to listen and then turn to the

14    leaders and say, do you have enough, do you need more, and

15    let's figure out how to do it.  But that first step is going to

16    be done with a consultant.  Then we will build and perform that

17    analysis.

18         THE COURT:  Mr. Anderson, all I suggest is that maybe

19    this report should have been spoken rather than put in writing.

20         MR. ANDERSON:  It was required, Your Honor.  It was a

21    written requirement in two or three days, Your Honor.

22         MR. NOLAN:  May I, Your Honor?

23         THE COURT:  Yes.

24         MR. NOLAN:  I think I have probably read that letter

25    three times over.

1          I guess the judge's question was the statement that

2     said the CCMs will have a bunch more time because they don't

3     have ECP responsibilities.  I didn't see anything in that

4     letter that said they were hiring additional folks to do this

5     work, so when I read that letter it seems to imply that the

6     burden was going to fall to the CCMs because they have free

7     time now that they are not doing ECPs.

8          Can you give us some clarification on that?

9          MR. ANDERSON:  Chris and I have talked repeatedly.

10    There is a number of our team members that have been assigned

11    to document-gathering production that will, again, have time

12    freed up, in particular Asia Wright, who is trained as a

13    lawyer.  She is going to be instrumental in helping us perform

14    a number of tasks, both in the quarterly HESS and non HESS

15    lessons, and I think Chris's team, while we break, will also

16    have more time to devote in the chief of staff capacity.

17         And then, again, Chris and Gerry are both, at the

18    appropriate time, going to be able to make an additional

19    resource hiring specifically to take back on these compliance

20    verification tasks.

21         THE COURT:  And the appropriate time is when

22    Renaissance leaves?

23         MR. ANDERSON:  When we feel like we have learned from

24    Renaissance, whether that's two, three, four, six,

25    eight months.  I mean, we will make the judgment call when we

1    feel like we can essentially fly on our own.

2         THE COURT:  How many people do you have on the

3    Renaissance team that is helping you set this up?

4         MR. ANDERSON:  Currently I have met three or four.

5    They are very confident that they will, again, take a team

6    approach.  We are starting this week, later this week in

7    looking at a sample of 10 or 12 actions -- 10 or 12 IAG reports

8    and all the actions in it, and we are going to be evaluating,

9    applying a risk-based approach to those actions, and that will

10   help shape the effort to quantify what is the assessment

11   activity surrounding both quantitative and qualitative, what

12   data do we need to do to look at it.

13        So it is a work in progress to determine what are the

14   right resource levels.  They've assured me that they got on

15   their team people devoted to perform that initial task while

16   it's outsourced, and then my team is ready to expand and I

17   believe they are beginning to look for new resources to take

18   that back at the appropriate time.

19        THE COURT:  Mr. Ellis and Mr. Donald, Chris Donald, do

20   you feel that there is a real collaboration here with the --

21   because it's an interdisciplinary approach because as Mr. Udell

22   just said, the whole purpose is to assess risk so that you can

23   present problems before they start, or if a problem does

24   happen, because life is not perfect, you can learn from it and

25   implement preventative correction, prevention and assessment

1    going forward.

2         MR. DONALD:  Yeah, this is a really important process

3    to get in place.  I am glad Pete is going to take the bull by

4    the horns to begin.  Gerry and I have had a number of meetings

5    with Renaissance.  We haven't seen a process presented to us

6    yet, which makes it kind of hard for Gerry and I to say we need

7    one, we need two, we need more people.

8         THE COURT:  Okay.

9         MR. DONALD:  We are kind of working toward that at the

10   moment, but Gerry and I have shared some ideas.  Maybe we could

11   have one or two people that will look at all of HESS on behalf

12   of Gerry and I going forward once we see the process.

13        I think it's a really important process and it's one

14   that maybe if we got maybe someone from Richard Brilliant's

15   team, the audit team, to come and help us.  Maybe we are going

16   to chat with Richard and get some ideas on personnel and maybe

17   we finally see a change.  But it's kind of like bringing in a

18   really good seasoned auditor looking across all of Health,

19   Environmental, Safety, Security, and really getting into the

20   was it done effectively, could it be done better, do we need to

21   go back and change actions and all that good stuff.

22        I think it's kind of early days but from the talks that

23   Gerry and I have had, we probably figured it does need extra

24   resources.

25        THE COURT:  And Mr. Brilliant will be involved in all

```
 1   this process because he has had a pretty good team of -- quiet

 2   but ---

 3           MR BRILLIANT:  We are happy to help.

 4           THE COURT:  Okay.  Great.

 5           Since we have been going about an hour and a half, I

 6   have learned to give my court reporter a break since she is the

 7   one person who does have to take a break but cannot take a

 8   break.  So let us take a 15-minute break.

 9           We will resume in -- maybe it's a little less than

10   15 minutes.

11           Can you come back here at 20 after?

12           Does that work for everybody?

13           Thank you very much.  We are in recess.

14           (Brief recess.)

15           THE COURT:  Okay.  Thank you all very much.  Please

16   have a seat.  Everyone that was initially present is still here

17   and accounted for.

18           As we close on the issue of the internal

19   investigations, which are the heart of what this company needs

20   to help it meaningfully assess risk that is the front line

21   defense of ever being back in the courtroom.  I truly

22   appreciate Mr. Kelley's statement that the company is open and

23   will do better on this.  And I am asking the CAM, the TPA to

24   meet with IAG and to report back to me in writing by Thursday

25   as to follow up with Mr. Kelley's openness.  And it is much
```

1    appreciated, Mr. Kelley.  Thank you very much.

2         I also have been brought to my attention that the

3    company has received a civil notice of the Clean Water Act,

4    civil violations, as of March 14th, 2022, and I would just like

5    to be made aware what is the company's approach going to be on

6    that.

7         MR. KELLEY:  Yes, Your Honor.  As you know, once we

8    received notice from the Civil Division we passed that notice

9    on to the interested parties.  We have been completely

10   transparent both throughout this process of Probation.  We have

11   been transparent completely with the Civil Division and will

12   continue to work with them.  We have a series of meetings

13   scheduled with them, and the company has committed to being

14   cooperative with them and will proceed in that that manner.

15        THE COURT:  Okay.  Any comments by the CAM or TPA or

16   Mr. Udell?

17        MR. UDELL:  No, Your Honor.

18        THE COURT:  Okay.  I would like to invite Mr. Arnold

19   Donald as we are now literally turning into our last meeting

20   together, and in person.  And I'm sure that -- I have read the

21   company's filing as to its report by Princess Cruise Lines and

22   I'm sure that you want to make some comments but I will just

23   share with you, Mr. Donald Arnold, as the CEO, that, frankly, I

24   would have been happier with the report if the first paragraph

25   expressed the humility that you have expressed in the video

1    that I saw that went out.

2         The problem has been at the heart is they underlying --

3    is the culture.  The culture in a corporate setting is what we

4    call criminal thinking patterns when we are dealing with

5    individuals.

6         It is the decision making that is more in one's

7    self-interest regardless of -- it is the failure to do what is

8    right at all times even when no one is looking, and as I have

9    commented in the past, the company is great on PR, but that

10   sort of is the talk that underlies the detriment of the company

11   long term, and I want this company to do well.

12        It is a significant force in this community, and it

13   provides amazing work opportunities for both those on the

14   maritime side and on the hotel side.  And it provides great

15   opportunities for relaxation and family time together for so

16   many of your passengers.  But I would have liked to have seen a

17   report that is 14 pages of glowing statements without that --

18   if the first paragraph had just simply said that at the end of

19   five years I'd like to begin by saying, mea culpa, mea culpa,

20   mea maxima culpa on behalf of our leadership team that brought

21   us here.  I recognize that initially we were very defensive and

22   obstructive and not helpful to the change process, but we

23   have -- thanks to probation's violation you got our attention

24   and I hope that we can show by our actions since that time,

25   that although they have not been perfect, that there have been

1   some missteps.  We are attempting to learn to walk the walk and

2   not just talk the talk.

3        I just shared that with you because in a week's time,

4   probably at midnight on April the 18th, the training wheels are

5   off and you and your team are on your own.  You've got the

6   resources you've set up.  You've got some -- as I said early in

7   the beginning, this company has such incredible human capital

8   that wants it to succeed, but it needs a humble leadership that

9   is committed to being right stewardship of the assets that it

10  has, not just financial, but human, and of the environment on

11  which it applies its trade.

12       So I just share that with you because this has been, I

13  note, an incredible challenge with the company, both getting

14  over that mindset, starting the process of learning to walk the

15  walk, then to be hit by the pandemic, extraordinary,

16  extraordinary devastating impact on the company's leadership

17  that suddenly had been coping with all the unexpected stuff,

18  with the crew members that all had to be repatriated, the

19  people that died, all of those extraordinary things and because

20  of the human capital and the brain power that you have, the

21  company has been able to succeed.

22       It has a long tradition in this community of being a

23  contributor to this community, and I know that Mr. Arison wants

24  to do his family name proud, and so it's just taking ownership,

25  being willing in that humility to take ownership of the

1    decisions and the shortcomings that brought you here because

2    that is truly the first step to long-term substantive change.

3          It has been a true pleasure to have worked with you as

4    a human being, Mr. Arnold Donald.  I know that you want to do

5    extraordinary things for your company, and I invite you to the

6    podium.

7          MR. DONALD:  Thank you, Your Honor.

8          You know, I hope you can feel from us, not just from me

9    but from all of my colleagues here -- I know the CAM does and

10   the TPA does as they visit the ships.  I know that they can

11   sense the deep level of commitment we, in fact, do have and the

12   ownership that we do take as a leadership team.

13         As you point out, you know, we are at a very crucial

14   point in the history of our company.  We are at a crucial point

15   concerning the future of our company.

16         As you said, the pandemic has certainly made

17   everything, you know, a lot more challenging.  The decisions

18   and actions that we have taken over the last five years I hope

19   comes across as reflecting a company that has recognized

20   mistakes made and we truly value, we truly value environmental

21   compliance.  We are on a path of continuous improvement -- a

22   lot of that has been acknowledged through the conferences here

23   in the Court -- while consistently honoring our highest

24   priority and our number one responsibility.  This isn't PR.

25   This is the foundation, okay, compliance, environmental

 1   protection and the health, safety and wellbeing of everyone.

 2   That's our guests, it's the people in the communities we touch

 3   and serve and it's our Carnival family, shipboard and shore

 4   side.

 5        That is not just words.  That is really our highest

 6   responsibility and our top priority.  It's the foundation for

 7   us to do everything else that we want to do.

 8        Now, we have intensified our efforts for a just

 9   corporate learning culture.  We have.  We have lots of evidence

10   of that too, which we share but you have seen acknowledged in

11   the court by the CAM and the TPA, you know, characterized by

12   the important aspects of diversity, equity and inclusion and

13   these values are absolutely at the forefront of our day-to-day

14   operations, and they serve as guiding principles.  We

15   completely fully recognize our future successes totally depend

16   on it.

17        As ECP comes to a close, I really do want to thank you.

18   I want to thank the Court.  I want to thank the Court-Appointed

19   Monitor.  I want to thank the Third Party Auditor for the role

20   that each of you have played in helping the company to achieve

21   success in completing the ECP.

22        Because of the hard work of so many of our employees, I

23   want to acknowledge them too.  Because of their dedicated

24   effort we made achievements in every facet of our business, and

25   many of these achievements are the result of projects that were

1    accelerated or prompted by the Court, the Court-Appointed

2    Monitor or the Third Party Auditor's efforts.

3         And while the ECP is actually coming to a close, it is

4    absolutely crucial to reiterate not just to the Court but to

5    our entire company, our commitment to continuing to improve

6    beyond the ECP.  We made some progress.  We know we have a ways

7    to go, and I can assure you that the lessons we have learned

8    and the work we have done over the last five years will serve

9    as a foundation for our future.

10        We have incorporated a lot of the practices.  They are

11   already institutionalized.  We have done a number of

12   organizational structural changes, etcetera, that are

13   articulated.  I won't go through them all so we can be brief

14   here, but they were developed under the ECP to guide us for the

15   years to come, and we will continue to implement the lessons

16   that we've learned and the skills that we have developed and

17   the skills we are developing to maintain our path towards

18   environmental stewardship and our role as an industry leader in

19   health, safety, and environmental compliance.

20        Your Honor, you set a goal from the very beginning to

21   help us come out of the ECP a better company.  We feel, from

22   our perspective, you can take some sense of accomplishment

23   that, in fact, you have been successful.  We have made

24   tremendous number of changes to get much better at honoring our

25   commitment and will continue to make the changes we need to

1    make, and the issues that came up earlier, I can assure you we

2    have emphasized speaking up in our other key behaviors so

3    strongly.  We are getting people speaking up and we are not

4    going to do anything to inhibit that, to have them feel they

5    have to prove everything before they can say something.  That's

6    not going to happen.  I can assure you that.

7           Thank you, Your Honor.  I appreciate the opportunity to

8    speak.  Thanks.

9           THE COURT:  I failed to compliment the company for your

10   new General Counsel, who is truly a General Counsel, and who

11   has made the commitment to me to be the company's conscience,

12   and that, combined with your risk assessment tools and

13   operation that you now have, that's the beginning.  I truly

14   appreciate that.

15          I'd like to recognize that Mr. Arison has always

16   attended, and Mr. Arison, you have the floor, sir.

17          MR. ARISON:  Thank you, Your Honor.

18          First of all, I'd like to just, rather than repeat,

19   second everything that Mr. Arnold Donald has just said.  Myself

20   and the board fully supports everything that he just said.

21          I would just like to reflect on the fact that five

22   years ago when we entered the ECP we were one of the strongest

23   leisure companies in the world.  We were the only leisure

24   company A rated by rating agencies.

25          Unfortunately, with the events of the last two years,

1    COVID and now with the horrible situation with the invasion of

2    Ukraine, we are battling for survival.  That's been an ongoing

3    battle.  Unfortunately, some cruise lines, most recently

4    Crystal, part of the Genting Group that didn't make it, one of

5    four or five cruise lines that haven't made it through the

6    pandemic.  Obviously, this situation, the invasion of Ukraine

7    has complicated that even more.

8         The headwinds that our employees and the challenges our

9    employees have gone through in the last two years and right now

10   are incredible, just astronomical, and I want to thank them for

11   getting us so far through it.  I want to thank everybody in

12   this room for their efforts.  A hundred thousand employees, we

13   are trying to protect their jobs as best we can.  Hundreds of

14   thousands of partners around the world that rely on our

15   industry.  We are totally committed to continue to be a better

16   and better company, making people in this room proud and

17   survive.

18        I would say my personal focus is to see what we, as a

19   company and a group of people, can do to help the people of

20   Ukraine.  What is happening now is reminiscent of what happened

21   in World War II and, unfortunately, the West didn't react

22   properly then, and if it doesn't act properly now the results

23   will be similar.

24        So whatever little we can do as a hundred thousand

25   employees and especially our employees from Ukraine, we are

1    going to focus on that.

2              Again, I thank everybody.  We will continue to improve.

3    We will continue to get better and we will survive.

4              Thank you, Your Honor.

5              THE COURT:  Mr. Arison, your remarks were a gift from

6    the heart.  I thank you.  I thank you very much.

7              Mr. Udell, the Government usually has the opportunity

8    for the end comments, and I'd like to thank you, Mr. Udell.  I

9    know I jumped on you early on.

10             MR. UDELL:  For months.

11             THE COURT:  And you are a smart man, so you picked up

12   that I need people that are problem solvers because I need the

13   defendant to succeed and come out of this to be a better

14   version of what it is and never be back in the criminal justice

15   system again.

16             I just publicly would like to acknowledge, especially

17   since I know your parents are here and you're probably visiting

18   with your parents, so you can tell your mother that the Court

19   recognized me and how much I appreciate the work that you have

20   done and the contributions you have made.

21             MR. UDELL:  Thank you, Your Honor.

22             And none of it could I have done without Tom

23   Watts-Fitzgerald sitting next to me.

24             THE COURT:  I have known him -- I used to practice law

25   with his wife -- and he is truly an asset to our environment

1   section in this district.

2          MR. UDELL:  And all the people in the room.

3          Your Honor, we rest primarily on our pleadings.  We did

4   say something about the victory lap and how important it is to

5   recognize that many of the achievements that the company

6   proudly takes ownership of came as a result of its conviction,

7   the Court's supervision, the Office of Probation supervision,

8   the Court-appointed monitor's supervision, the Third Party

9   Auditor.

10         I think, just as a white collar crime prosecutor to

11  have a judge at the initial hearing talk about corporate

12  culture, it's music to the ears of any white collar crime

13  prosecutor, and it's something that the Court has focused on

14  throughout and I think it made a huge difference, a huge

15  difference.  And what we heard today from Mr. Arnold Donald was

16  a terrific thing to hear.  It is a different tone and content

17  from even the most recent pleading, and it is also the biggest

18  change.

19         When you step back and you think about all that's

20  happened during this period of Probation, at the same time that

21  the Court talked about corporate culture at the outset of this

22  matter, the company's response was that corporate culture was

23  not a problem, that it was wrong for the Government to

24  criticize defense conduct as coming from a problem with

25  corporate culture.

1    The CEO of the company, maybe it was two years ago now,

2    but I remember being in a hearing before COVID where Mr. Donald

3    talked about recognizing the corporate culture was a problem

4    for the company and that that's their commitment today going

5    forward.  That's the biggest change.

6    There are lots of details behind it, but that's a big

7    deal.  So as the company rightfully takes a victory lap over

8    progress, it can't forget where this all started and can't

9    forget the past.  The Government will always be here, and the

10   people in this company, they know what to do if there is

11   backsliding again, and hopefully there will not be because

12   there are systems in place and a better culture and a more

13   helpful promise for the future.

14   And we thank the Court sincerely for its oversight and

15   attention.  It's hard for us to believe, and we were speaking

16   about it running up to today, that where the company would have

17   been, where we would be today at the end of probation had there

18   not been an ECP, had there not been an Office of Probation,

19   Court-Appointed Monitor, Third Party Auditor, all acting with

20   the encouragement of this Court and that is something that

21   doesn't happen in every case, but it did happen in this case.

22   And the Government recognizes and appreciates everyone's

23   efforts, and we also echo the same comments of Mr. Arnold

24   Donald and the monitor and the Court in recognizing many of the

25   employees whose work without which the progress and

1   achievements could not have been possible.

2          Thank you very much, Your Honor.

3          THE COURT:  Thank you, Mr. Udell.

4          MR. UDELL:  I do have just a housekeeping matter.

5          THE COURT:  Yes.

6          MR. UDELL:  Today we spoke at some length about

7   Attachment A of the Court-Appointed Monitor, which is

8   Document 276-1 and the company's response.  Unless I missed it,

9   I don't think the company's response is part of the public

10  record, so we'd ask that that be filed and along with it, as I

11  understood Mr. Kelley to be saying that they are working on a

12  revision, I also asked that the final product of revised

13  response also be filed in court.

14         THE COURT:  Okay.  Especially since we have referred to

15  it at length, so it will be made part of the record.

16         Do you have a copy of it?

17         THE CLERK:  I will docket it.

18         THE COURT:  I can't believe I am not going to be seeing

19  you all in this capacity anymore, but on the other hand, I

20  rejoice and I wish everyone, as I said earlier, a most blessed

21  and Happy Passover and a blessed, blessed Holy Week and Easter

22  for those that celebrate.  And those that just prefer to

23  celebrate spring, this is a new beginning, and I do hope and

24  pray for the people of Ukraine, for them every day.

25         May God grant them continued strength and resources to

1   prevail because as Mr. Arison did say, and I think that

2   everybody that is a thought person here that is at least closer

3   to my age can attest that history -- we have to learn from

4   history, and history looks like it's trying to repeat itself.

5            I thank you all very, very much.  Blessings on you all.

6            MR. UDELL:  Thank you, Your Honor.

7            THE COURT:  We are in recess.

8            (Proceedings were concluded at 4:00 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                      C E R T I F I C A T E

2

3           I hereby certify that the foregoing is an

4    accurate transcription of the proceedings in the

5    above-entitled matter.

6

7

8
     April 26, 2022          /s/Patricia Diaz
9    DATE                    PATRICIA DIAZ, FCRR, RPR, FPR
                             Official Court Reporter
10                           United States District Court
                             400 North Miami Avenue, 11th Floor
11                           Miami, Florida 33128
                             (305) 523-5178
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**/**

**/s/Patricia** [1] - 68:8

**1**

**1** [2] - 1:7, 1:23
**1,000** [1] - 32:22
**1,011** [1] - 13:21
**10** [2] - 52:7
**10036** [1] - 1:21
**1095** [1] - 1:21
**11** [1] - 1:5
**11th** [2] - 2:18, 68:10
**12** [2] - 52:7
**14** [1] - 56:17
**14th** [1] - 55:4
**15** [2] - 18:4, 54:10
**15-minute** [1] - 54:8
**151** [1] - 10:5
**15th** [1] - 31:22
**16-CR-20897-PAS**
[1] - 1:3
**18-20897-**
**CRIMINAL** [1] - 3:12
**18th** [2] - 47:14, 57:4
**1:30** [1] - 1:6

**2**

**20** [2] - 13:24, 54:11
**20001** [1] - 2:6
**20004** [1] - 1:18
**2008** [1] - 1:17
**2019** [1] - 12:17
**2020** [1] - 12:17
**2022** [4] - 1:5, 47:14,
55:4, 68:8
**26** [1] - 68:8
**276-1** [1] - 66:8

**3**

**30-minute** [1] - 15:2
**305** [2] - 2:19, 68:11
**30th** [1] - 29:15
**31** [1] - 10:6
**330** [1] - 27:19
**33128** [3] - 1:24,
2:19, 68:11
**33132** [1] - 1:15

**4**

**40** [1] - 1:23
**400** [2] - 2:18, 68:10
**4:00** [2] - 1:6, 67:8

**5**

**523-5178** [2] - 2:19,
68:11
**55,000** [1] - 23:7

**6**

**601** [1] - 1:17

**7**

**700** [1] - 2:5
**75,000** [1] - 23:6

**8**

**8th** [1] - 38:1

**9**

**99** [1] - 1:14
**991** [1] - 13:22

**A**

**AAQSs** [1] - 12:5
**ABG** [1] - 12:15
**ability** [4] - 19:22,
24:4, 25:3, 49:16
**able** [15] - 4:17,
10:21, 22:13, 23:6,
27:15, 28:1, 28:7,
28:10, 28:14, 29:14,
30:9, 32:19, 32:22,
51:18, 57:21
**above-entitled** [1] -
68:5
**ABS** [2] - 2:9, 6:22
**absolutely** [5] - 32:7,
32:11, 49:21, 59:13,
60:4
**abundantly** [1] -
42:14
**accelerated** [1] -
60:1
**accomplish** [1] -
7:21
**accomplished** [1] -
10:4
**accomplishment** [1]
- 60:22
**accounted** [1] -
54:17
**accurate** [1] - 68:4
**achieve** [3] - 24:5,
24:25, 59:20
**achievements** [4] -
59:24, 59:25, 64:5,
66:1

**acknowledge** [3] -
32:20, 59:23, 63:16
**acknowledged** [2] -
58:22, 59:10
**Act** [1] - 55:3
**act** [3] - 11:17, 45:25,
62:22
**acting** [1] - 65:19
**action** [2] - 11:15,
20:6
**actions** [11] - 13:5,
25:6, 48:5, 48:8,
48:12, 52:7, 52:8,
52:9, 53:21, 56:24,
58:18
**active** [1] - 18:3
**activity** [1] - 52:11
**addition** [1] - 44:1
**additional** [7] -
27:24, 28:12, 32:14,
47:12, 49:17, 51:4,
51:18
**address** [2] - 17:20,
36:6
**addressed** [8] - 12:6,
14:4, 16:5, 17:25,
24:19, 37:11, 38:21
**addressing** [1] -
29:23
**ADMINISTRATOR**
[1] - 2:7
**admirable** [1] - 12:24
**admiral** [1] - 5:16
**Admiral** [5] - 2:12,
9:5, 20:19, 25:7,
31:16
**admire** [2] - 33:3,
40:19
**adopted** [1] - 18:13
**adversary** [1] - 9:15
**advertised** [1] - 44:6
**affecting** [1] - 23:5
**afternoon** [7] - 3:5,
3:16, 3:19, 3:20, 4:3,
4:10, 6:5
**age** [1] - 67:3
**agencies** [1] - 61:24
**ago** [3] - 6:24, 61:22,
65:1
**agree** [6] - 8:23,
23:13, 24:14, 24:15,
31:2, 34:23
**aground** [1] - 6:15
**ahead** [1] - 30:14
**albeit** [1] - 31:14
**alcohol** [1] - 13:1
**alerting** [1] - 11:23
**Allen** [1] - 6:12
**allow** [1] - 38:25
**allowed** [1] - 33:21

**allows** [1] - 35:4
**almost** [4] - 18:18,
40:14, 40:18, 44:8
**alone** [2] - 13:10,
44:22
**ALSO** [2] - 2:1, 2:11
**amazing** [1] - 56:13
**amenities** [1] - 9:3
**AMERICA** [1] - 1:4
**America** [1] - 3:12
**Americas** [1] - 1:4
**amount** [2] - 26:9,
42:7
**analysis** [16] - 14:6,
14:11, 14:18, 14:20,
14:22, 14:25, 15:3,
15:15, 15:16, 15:23,
24:12, 24:14, 35:24,
42:1, 49:13, 50:17
**ANDERSON** [11] -
47:21, 47:24, 48:16,
48:18, 49:8, 49:21,
50:2, 50:20, 51:9,
51:23, 52:4
**Anderson** [9] - 2:12,
5:21, 5:22, 38:12,
38:16, 42:15, 47:23,
47:24, 50:18
**announce** [1] - 3:8
**annual** [1] - 32:5
**answer** [1] - 35:9
**anticipated** [1] - 21:6
**apologize** [1] - 46:4
**APPEARANCES** [1] -
1:12
**appearances** [1] -
3:14
**appearing** [1] - 42:19
**applause** [1] - 33:5
**applicable** [1] - 30:6
**applied** [2] - 14:10,
25:17
**applies** [1] - 57:11
**apply** [3] - 42:2,
42:16, 42:17
**applying** [1] - 52:9
**appointed** [2] -
44:15, 64:8
**Appointed** [6] - 6:6,
37:13, 59:18, 60:1,
65:19, 66:7
**APPOINTED** [1] - 2:2
**appreciate** [7] - 6:11,
9:24, 45:7, 54:22,
61:7, 61:14, 63:19
**appreciated** [1] -
55:1
**appreciates** [2] -
42:24, 65:22
**approach** [13] - 9:12,

12:8, 22:4, 30:9,
30:19, 31:12, 39:17,
42:11, 47:2, 52:6,
52:9, 52:21, 55:5
**appropriate** [5] -
19:5, 31:13, 51:18,
51:21, 52:18
**appropriately** [1] -
31:19
**April** [6] - 1:5, 29:15,
38:1, 47:14, 57:4,
68:8
**arduous** [1] - 23:25
**area** [3] - 12:5, 21:5,
21:20
**areas** [1] - 21:25
**ARISON** [1] - 61:17
**Arison** [7] - 2:11,
5:15, 57:23, 61:15,
61:16, 63:5, 67:1
**Army** [2] - 9:8, 9:9
**Arnold** [9] - 2:11,
5:14, 32:18, 55:18,
55:23, 58:4, 61:19,
64:15, 65:23
**arnold** [1] - 50:9
**Aronson** [2] - 30:11,
33:22
**arose** [1] - 29:24
**articulated** [2] - 42:4,
60:13
**Asia** [1] - 51:12
**aspect** [4] - 10:25,
20:8, 36:5, 37:5
**aspects** [4] - 8:22,
11:9, 22:24, 59:12
**assess** [4] - 39:10,
50:4, 52:22, 54:20
**assessing** [1] -
48:11
**assessment** [6] -
13:13, 15:13, 22:25,
52:10, 52:25, 61:12
**Assessment** [1] -
47:8
**assessments** [2] -
39:7, 48:21
**asset** [1] - 63:25
**assets** [2] - 50:11,
57:9
**assigned** [2] - 10:1,
51:10
**assistance** [2] -
6:16, 8:8
**assure** [2] - 60:7,
61:1, 61:6
**assured** [1] - 52:14
**astronomical** [1] -
62:10
**Attachment** [1] -

2

66:7
**attempting** [1] - 57:1
**attendant** [1] - 42:3
**attended** [2] - 22:16, 61:16
**attention** [5] - 8:9, 34:3, 55:2, 56:23, 65:15
**attest** [1] - 67:3
**attitude** [1] - 34:19
**ATTORNEY'S** [1] - 1:14
**audit** [5] - 10:11, 15:1, 15:25, 16:23, 53:15
**auditing** [1] - 10:1
**Auditor** [5] - 6:20, 16:8, 59:19, 64:9, 65:19
**auditor** [2] - 11:15, 53:18
**Auditor's** [1] - 60:2
**auditors** [1] - 7:13
**audits** [15] - 10:6, 10:9, 10:17, 10:19, 10:20, 10:22, 11:1, 11:25, 13:25, 14:9, 16:9
**author** [1] - 38:9
**authored** [2] - 38:11, 38:16
**automatically** [1] - 28:16
**available** [3] - 19:9, 47:13
**Avenue** [3] - 1:21, 2:18, 68:10
**avoid** [1] - 5:2
**award** [2] - 32:20, 32:22
**awards** [1] - 32:21
**aware** [1] - 55:5

## B

**backsliding** [1] - 65:11
**bag** [1] - 28:16
**Baker** [2] - 6:7, 7:14
**BAKER** [1] - 2:5
**barge** [1] - 6:14
**barriers** [2] - 21:25, 24:20
**based** [5] - 15:2, 34:13, 39:10, 49:14, 52:9
**baseline** [1] - 10:17
**basis** [2] - 32:5, 37:1, 37:7, 37:19, 39:19, 47:15, 48:8

**battle** [1] - 62:3
**battling** [1] - 62:2
**became** [3] - 17:21, 19:14, 19:15
**become** [2] - 16:6, 42:14
**becoming** [1] - 19:20
**befallen** [1] - 26:8
**BEFORE** [1] - 1:11
**begin** [2] - 53:4, 56:19
**beginning** [11] - 8:12, 9:22, 10:11, 23:7, 23:21, 25:7, 52:17, 57:7, 60:20, 61:13, 66:23
**behalf** [3] - 3:17, 5:11, 6:3, 6:18, 26:15, 53:11, 56:20
**behaviors** [2] - 23:5, 61:2
**behind** [2] - 5:25, 65:6
**beings** [1] - 37:21
**belief** [1] - 25:23
**believer** [1] - 9:12
**benefits** [1] - 30:20
**best** [7] - 5:6, 7:22, 10:21, 11:22, 16:11, 31:1, 31:19, 38:19, 48:7, 49:23, 62:13
**better** [22] - 4:19, 15:17, 16:14, 16:20, 21:17, 22:6, 23:9, 23:10, 25:23, 26:24, 37:23, 40:12, 53:20, 54:23, 60:21, 60:24, 62:15, 62:16, 63:3, 63:13, 65:12
**between** [3] - 10:20, 28:6, 29:13
**beverage** [1] - 9:3
**beyond** [2] - 40:23, 60:6
**bidder** [2] - 5:9, 5:10
**big** [3] - 13:17, 16:6, 65:6
**biggest** [2] - 64:17, 65:5
**bilge** [1] - 36:15, 36:25
**bilges** [2] - 20:19, 36:13
**Bill** [2] - 2:12, 5:15
**bio** [4] - 12:18, 12:19, 13:1, 13:4
**bio-digesters** [4] - 12:18, 12:19, 13:1, 13:4
**birds** [1] - 22:5

**bit** [3] - 15:6, 15:8, 40:10
**black** [1] - 36:23
**blessed** [3] - 66:20, 66:21
**blessings** [3] - 47:3, 47:5, 67:5
**blithe** [1] - 47:9
**board** [11] - 10:22, 12:12, 12:20, 13:9, 13:14, 22:15, 23:24, 32:21, 32:23, 50:7, 61:20
**bore** [1] - 11:1
**bottom** [4] - 5:10, 36:3, 40:17, 40:18
**BOTTS** [1] - 2:5
**Botts** [2] - 6:7, 7:14
**bought** [1] - 12:10
**brain** [1] - 57:20
**brand** [2] - 30:9, 30:19
**brands** [7] - 10:6, 29:20, 30:3, 30:25, 31:4, 31:6, 44:10
**break** [6] - 34:8, 51:15, 54:6, 54:7, 54:8
**brick** [1] - 28:15
**brief** [3] - 19:7, 54:14, 60:13
**briefly** [1] - 33:11
**brilliance** [1] - 30:19
**BRILLIANT** [1] - 54:3
**brilliant** [1] - 5:18
**Brilliant** [2] - 2:12, 5:17, 53:25
**Brilliant's** [1] - 53:14
**bring** [3] - 4:2, 34:18, 44:23
**bringing** [1] - 53:17
**broad** [1] - 30:24
**broken** [1] - 34:25
**brought** [4] - 20:16, 55:2, 56:20, 58:1
**build** [4] - 31:13, 31:20, 32:13, 50:16
**building** [3] - 29:13, 31:3, 31:5
**builds** [1] - 29:9
**built** [3] - 10:8, 29:1, 29:22
**bull** [1] - 53:3
**bumpy** [1] - 8:7
**bunch** [2] - 13:10, 51:2
**burden** [5] - 41:5, 41:9, 41:10, 47:11, 51:6
**burdensome** [1] -

24:9
**Burke** [5] - 2:12, 5:15, 9:5, 25:8, 31:16
**Burke's** [1] - 20:19
**business** [2] - 19:3, 59:24
**BY** [1] - 2:15

## C

**CAM** [20] - 6:3, 7:2, 7:18, 8:17, 9:22, 12:14, 16:13, 16:14, 33:10, 37:4, 38:18, 38:21, 38:22, 40:3, 41:25, 42:13, 54:23, 55:15, 58:9, 59:11
**CAM's** [2] - 9:11, 24:14
**cannot** [1] - 54:7
**capacity** [2] - 51:16, 66:19
**capital** [2] - 57:7, 57:20
**capsulize** [1] - 40:4
**captains** [1] - 30:23
**care** [2] - 34:21, 34:22
**careful** [1] - 39:19
**Carnival** [5] - 8:25, 32:18, 32:21, 34:14, 59:3
**Carnival's** [1] - 38:1
**CAROLINE** [1] - 2:9
**Caroline** [1] - 6:21
**carrying** [1] - 22:14
**CASE** [1] - 1:3
**case** [14] - 3:10, 3:11, 7:7, 26:2, 26:4, 31:3, 36:6, 41:4, 41:7, 43:18, 45:10, 45:12, 65:21
**cases** [3] - 18:7, 43:12, 44:23
**causes** [1] - 37:16
**CCMs** [3] - 47:11, 51:2, 51:6
**celebrate** [2] - 66:22, 66:23
**centered** [1] - 29:22
**CEO** [2] - 55:23, 65:1
**ceremony** [1] - 32:17
**certain** [2] - 12:4, 39:15, 47:13
**certainly** [7] - 34:5, 34:7, 36:2, 42:15, 42:18, 42:20, 58:16
**certified** [1] - 44:4
**certify** [1] - 68:3
**chain** [1] - 9:9

**challenge** [2] - 41:22, 57:13
**challenges** [2] - 12:15, 62:8
**challenging** [1] - 58:17
**chance** [1] - 46:19
**change** [17] - 13:8, 29:4, 29:8, 29:16, 32:12, 35:1, 35:20, 35:22, 35:24, 46:25, 47:20, 53:17, 53:21, 56:22, 58:2, 64:18, 66:5
**changes** [8] - 18:12, 18:14, 20:16, 29:10, 29:17, 60:12, 60:24, 60:25
**channel** [1] - 37:12
**characterized** [1] - 59:11
**chat** [1] - 53:16
**check** [1] - 5:4
**Chesapeake** [1] - 6:15
**chief** [1] - 51:16
**choice** [1] - 7:5
**Chris** [11] - 2:13, 5:23, 19:11, 20:10, 21:4, 30:21, 49:20, 50:7, 51:9, 51:17, 52:19
**Chris's** [1] - 51:15
**Christine** [1] - 32:17
**circulating** [1] - 22:22
**circumstances** [4] - 33:13, 33:19, 47:16
**circumstantial** [1] - 43:12
**citation** [1] - 43:8
**citations** [1] - 43:9
**citizen** [2] - 8:3, 9:18
**Civil** [2] - 55:8, 55:11
**civil** [6] - 9:21, 41:5, 41:7, 43:11, 55:3, 55:4
**clarification** [1] - 51:8
**clarify** [1] - 22:10
**class** [1] - 16:20
**clean** [1] - 36:25
**Clean** [1] - 55:3
**cleans** [1] - 28:15
**clear** [4] - 34:1, 40:24, 42:15, 43:5
**clearer** [1] - 40:11
**CLERK** [1] - 66:17
**clients** [1] - 4:6
**close** [6] - 25:25,

27:10, 38:14, 54:18, 59:17, 60:3
**closed** [3] - 13:22, 13:24, 26:4
**closely** [1] - 10:15
**closer** [2] - 27:6, 67:2
**closing** [4] - 14:1, 14:3, 19:8, 21:2
**co** [2] - 45:10, 46:7
**co-conspirator** [2] - 45:10, 46:7
**coast** [1] - 7:12
**collaboration** [1] - 52:20
**collar** [2] - 64:10, 64:12
**colleague** [1] - 46:5
**colleagues** [2] - 39:22, 58:9
**collect** [1] - 42:6
**collectively** [1] - 44:10
**combined** [1] - 61:12
**comfortable** [2] - 27:5, 49:21
**coming** [7] - 31:1, 34:17, 44:13, 44:14, 44:17, 60:3, 64:24
**comitted** [1] - 41:3
**commend** [1] - 19:11
**comment** [2] - 35:18, 39:8
**commented** [1] - 56:9
**comments** [6] - 31:23, 33:8, 55:15, 55:22, 63:8, 65:23
**commitment** [11] - 8:20, 33:23, 34:11, 34:13, 34:20, 50:6, 58:11, 60:5, 60:25, 61:11, 65:4
**committed** [5] - 41:3, 41:20, 55:13, 57:9, 62:15
**common** [2] - 19:12, 45:22
**communities** [1] - 59:2
**community** [3] - 56:12, 57:22, 57:23
**compacts** [1] - 28:15
**Companies** [1] - 6:22
**companies** [6] - 8:19, 31:18, 44:8, 44:10, 48:7, 61:23
**company** [99] - 6:22, 7:17, 8:13, 8:15, 8:20,

8:22, 9:1, 11:1, 11:4, 11:9, 11:11, 11:13, 11:20, 11:24, 12:6, 12:15, 12:21, 14:1, 14:3, 14:19, 15:22, 16:2, 16:4, 16:19, 17:9, 17:15, 18:12, 18:13, 18:15, 18:19, 18:21, 19:4, 19:6, 19:9, 19:18, 20:7, 21:10, 22:11, 23:1, 23:2, 23:15, 23:16, 23:18, 23:22, 24:10, 24:13, 24:17, 25:1, 26:6, 26:8, 26:12, 30:2, 30:8, 33:13, 33:15, 33:16, 33:25, 34:16, 35:23, 36:7, 36:8, 37:16, 37:24, 39:2, 39:20, 41:20, 42:13, 44:2, 44:4, 46:9, 49:25, 54:19, 54:22, 55:3, 55:13, 56:9, 56:10, 56:11, 57:7, 57:13, 57:21, 58:5, 58:14, 58:15, 58:19, 59:20, 60:5, 60:21, 61:9, 61:24, 62:16, 62:19, 64:5, 65:1, 65:4, 65:7, 65:10, 65:16
**company's** [15] - 10:2, 11:7, 13:22, 14:7, 14:8, 19:13, 42:1, 42:10, 55:5, 55:21, 57:16, 61:11, 64:22, 66:8, 66:9
**compensation** [1] - 32:14
**competently** [1] - 19:16
**compiled** [1] - 22:17
**complete** [1] - 16:24
**completed** [3] - 48:6, 48:8, 48:12
**completely** [7] - 41:23, 42:2, 42:10, 46:21, 55:9, 55:11, 59:15
**completeness** [1] - 24:12
**completing** [1] - 59:21
**compliance** [14] - 10:2, 13:16, 16:7, 21:7, 22:4, 22:6, 23:5, 24:5, 25:4, 48:1, 51:19, 58:21, 58:25, 60:19
**complicated** [1] -

62:7
**compliment** [2] - 9:10, 61:9
**components** [1] - 13:10
**computer** [1] - 15:2
**computer-based** [1] - 15:2
**concern** [5] - 12:3, 14:8, 30:17, 38:24, 47:19
**concerned** [2] - 43:15, 47:7
**concerning** [2] - 39:16, 58:15
**concerns** [7] - 12:18, 17:11, 19:12, 25:5, 25:14, 39:6
**concluded** [1] - 67:8
**Concordia** [1] - 30:24
**conditions** [1] - 33:16
**conduct** [5] - 14:25, 17:19, 37:5, 42:5, 64:24
**conducted** [2] - 10:5, 23:2
**CONFERENCE** [1] - 1:10
**conference** [1] - 9:25
**conferences** [2] - 18:4, 58:22
**confidence** [1] - 10:15
**confident** [2] - 28:22, 52:5
**confronting** [1] - 39:11
**confusion** [1] - 41:23
**Congress** [1] - 7:25
**conscience** [1] - 61:11
**consequences** [1] - 29:11
**conserving** [1] - 5:9
**consider** [1] - 24:21
**consideration** [1] - 39:19
**considered** [1] - 13:2
**considering** [1] - 47:12
**consistency** [1] - 14:10
**consistently** [1] - 58:23
**conspiracy** [1] - 45:9
**conspirator** [2] - 45:10, 46:7
**constantly** [2] - 5:7,

7:21
**construction** [1] - 35:2
**consult** [1] - 5:1
**consultant** [6] - 6:8, 47:10, 48:19, 48:20, 49:4, 50:16
**consuming** [1] - 24:8
**contaminated** [1] - 36:14
**content** [1] - 64:16
**context** [1] - 18:18
**continual** [1] - 4:20
**continue** [11] - 3:25, 17:24, 18:16, 20:4, 28:23, 55:12, 60:15, 60:25, 62:15, 63:2, 63:3
**continued** [3] - 39:21, 50:5, 66:25
**continues** [1] - 15:20
**continuing** [1] - 60:5
**continuous** [2] - 24:3, 58:21
**continuously** [1] - 25:3
**contributes** [1] - 8:4
**contributions** [1] - 63:20
**contributor** [1] - 57:23
**conversation** [1] - 27:15
**convict** [1] - 46:8
**conviction** [1] - 64:6
**convictions** [2] - 44:23, 46:10
**convincing** [1] - 40:24
**cooperative** [1] - 55:14
**copies** [1] - 44:12
**coping** [1] - 57:17
**copy** [1] - 66:16
**core** [1] - 19:17
**corporate** [11] - 18:8, 29:13, 31:3, 31:12, 56:3, 59:9, 64:11, 64:21, 64:22, 64:25, 65:3
**corporation** [2] - 8:2, 30:7
**correct** [1] - 30:5
**correction** [1] - 52:25
**correctly** [1] - 29:20
**corroboration** [2] - 41:24, 45:24
**Counsel** [2] - 61:10
**counsel** [4] - 4:5,

5:11, 24:10, 40:22
**counsels** [1] - 3:14
**countered** [1] - 42:20
**country** [1] - 9:18
**couple** [2] - 10:13, 29:7
**course** [6] - 18:12, 18:17, 36:18, 37:9, 37:17, 43:8
**COURT** [95] - 1:1, 2:2, 3:2, 3:5, 3:20, 4:7, 4:11, 4:14, 4:17, 4:20, 5:16, 5:18, 5:20, 5:22, 5:24, 6:1, 6:3, 6:9, 6:13, 6:23, 13:19, 14:11, 15:7, 15:10, 17:1, 22:3, 22:7, 26:14, 26:18, 26:23, 26:25, 27:3, 27:4, 27:9, 27:12, 28:25, 29:19, 30:1, 30:8, 30:15, 31:10, 32:4, 32:8, 32:10, 32:12, 32:25, 33:7, 33:10, 34:7, 34:10, 35:16, 37:20, 38:6, 38:13, 38:18, 40:1, 40:13, 41:16, 42:22, 43:4, 43:7, 43:22, 45:4, 45:8, 46:3, 47:3, 47:5, 47:7, 47:22, 47:23, 48:15, 48:17, 49:6, 49:19, 50:1, 50:18, 50:23, 51:21, 52:2, 52:19, 53:8, 53:25, 54:4, 54:15, 55:15, 55:18, 61:9, 63:5, 63:11, 63:24, 66:3, 66:5, 66:14, 66:18, 67:7
**Court** [32] - 2:17, 2:17, 3:1, 6:6, 18:3, 26:1, 26:15, 37:4, 37:13, 43:1, 43:14, 43:23, 44:15, 46:19, 58:23, 59:18, 60:1, 60:4, 63:18, 64:8, 64:13, 64:21, 65:14, 65:19, 65:20, 65:24, 66:7, 68:9, 68:10
**court** [10] - 3:23, 3:24, 4:17, 14:12, 26:23, 27:13, 43:14, 54:6, 59:11, 66:13
**Court's** [4] - 17:6, 23:21, 38:24, 64:7
**Court-appointed** [8] - 6:6, 37:13, 44:15, 59:18, 60:1, 64:8,

65:19, 66:7
**COURT-APPOINTED** [1] - 2:2
**courtroom** [9] - 3:9, 3:21, 5:7, 5:8, 6:25, 7:10, 8:5, 8:18, 54:21
**COURTROOM** [1] - 3:11
**COUVILLION** [1] - 2:4
**Couvillion** [1] - 6:7
**covering** [1] - 13:2
**COVID** [2] - 62:1, 65:2
**crap** [1] - 37:15
**create** [2] - 19:17, 49:3
**created** [1] - 12:8
**credible** [1] - 45:12
**credit** [3] - 11:8, 23:15, 41:18
**creek** [1] - 34:17
**crew** [11] - 16:10, 22:19, 22:22, 28:16, 32:15, 36:10, 36:17, 36:20, 36:24, 57:18
**crews** [1] - 12:13
**cried** [1] - 25:15
**crime** [5] - 36:19, 41:3, 41:4, 64:10, 64:12
**criminal** [7] - 8:5, 19:13, 43:11, 44:23, 45:9, 56:4, 63:14
**critical** [2] - 13:14, 34:19
**criticize** [1] - 64:24
**criticized** [1] - 43:9
**cross** [2] - 30:9, 30:19
**cross-brand** [2] - 30:9, 30:19
**crucial** [4] - 21:12, 58:13, 58:14, 60:4
**Cruise** [3] - 3:13, 32:18, 55:21
**CRUISE** [1] - 1:7
**cruise** [4] - 16:21, 21:8, 62:3, 62:5
**Crystal** [1] - 62:4
**CSMART** [1] - 10:7
**culpa** [2] - 56:19, 56:20
**culture** [14] - 17:16, 22:25, 23:12, 23:17, 25:3, 56:3, 59:9, 64:12, 64:21, 64:22, 64:25, 65:3, 65:12
**current** [1] - 47:11
**cutting** [1] - 50:13

**cycle** [1] - 32:23

**D**

**D.C** [2] - 1:18, 2:6
**data** [3] - 7:20, 39:9, 52:12
**date** [1] - 29:15
**DATE** [1] - 68:9
**David** [4] - 2:13, 4:3, 4:4, 6:7
**DAVID** [1] - 1:19, 1:22
**day-to-day** [1] - 59:13
**days** [2] - 50:21, 53:22
**deal** [4] - 13:8, 13:17, 15:4, 65:7
**dealing** [3] - 21:12, 39:20, 56:4
**debate** [2] - 32:2, 47:1
**Dechert** [2] - 4:4, 4:13
**DECHERT** [1] - 1:20
**decided** [1] - 22:1
**decision** [1] - 56:6
**decisions** [2] - 58:1, 58:17
**dedicated** [2] - 24:17, 59:23
**deep** [2] - 33:12, 58:11
**DEFENDANT** [1] - 1:19
**defendant** [8] - 1:8, 7:1, 7:5, 7:19, 41:3, 41:13, 63:13
**defense** [2] - 54:21, 64:24
**defensive** [2] - 39:17, 56:21
**define** [1] - 31:18
**defining** [1] - 40:16
**definitions** [1] - 15:16
**degrade** [1] - 12:20
**DEI** [1] - 21:14
**DEPARTMENT** [1] - 1:16
**deputy** [1] - 3:9
**DEPUTY** [1] - 3:11
**deserve** [1] - 39:1
**designed** [2] - 12:11, 33:20
**desire** [1] - 23:20
**desires** [1] - 30:4
**details** [2] - 23:23, 65:6

**determine** [3] - 31:13, 42:7, 52:13
**detriment** [1] - 56:10
**devastating** [1] - 57:16
**developed** [2] - 60:14, 60:16
**developing** [1] - 60:17
**devote** [1] - 51:16
**devoted** [1] - 52:15
**devotion** [1] - 32:25
**dialogue** [1] - 39:21
**Diaz** [1] - 68:8
**DIAZ** [2] - 2:16, 68:9
**died** [1] - 57:19
**difference** [5] - 10:20, 25:1, 31:7, 64:14, 64:15
**different** [9] - 9:16, 12:23, 22:2, 22:3, 29:17, 30:25, 31:15, 47:2, 64:16
**differently** [2] - 24:22, 24:24
**difficult** [2] - 25:12, 50:2
**difficulty** [1] - 25:15
**digesters** [4] - 12:18, 12:19, 13:1, 13:4
**diligently** [1] - 40:4
**diluted** [1] - 19:15
**direct** [1] - 43:12
**direction** [1] - 48:23
**directly** [1] - 46:18
**director** [1] - 49:18
**disagree** [1] - 41:25
**disbelieve** [1] - 43:17
**discharged** [1] - 11:7
**discriminate** [1] - 21:15
**discuss** [2] - 16:16, 39:5
**discussed** [3] - 11:23, 12:5, 21:24
**discussion** [3] - 31:25, 35:17, 40:15
**disfavored** [2] - 43:3, 44:19, 46:20
**dispense** [1] - 5:1
**disposed** [2] - 33:2
**dispute** [1] - 44:19
**district** [1] - 64:1
**District** [3] - 2:17, 3:3, 68:10
**DISTRICT** [3] - 1:1, 1:2, 1:11
**DIV** [1] - 1:17
**diverse** [1] - 21:8

**diversify** [1] - 21:11
**diversity** [2] - 31:1, 59:12
**DIVISION** [1] - 1:2
**Division** [2] - 55:8, 55:11
**docket** [1] - 66:17
**document** [3] - 14:20, 35:5, 51:11
**Document** [1] - 66:8
**document-gathering** [1] - 51:11
**documentation** [1] - 14:21
**dollars** [1] - 5:9
**DONALD** [3] - 53:2, 53:9, 58:7
**Donald** [24] - 2:11, 2:13, 5:14, 5:23, 5:24, 19:12, 19:16, 23:13, 30:21, 32:19, 33:22, 48:24, 49:10, 49:20, 50:9, 52:19, 55:19, 55:23, 58:4, 61:19, 64:15, 65:2, 65:24
**done** [5] - 7:8, 11:12, 15:17, 15:18, 16:4, 16:9, 17:8, 18:9, 19:16, 20:3, 20:22, 24:4, 26:4, 30:15, 30:21, 30:22, 32:24, 47:18, 48:21, 50:16, 53:20, 60:8, 60:11, 63:20, 63:22
**doubt** [1] - 40:23
**down** [5] - 18:19, 25:24, 27:4, 41:17, 42:13
**draft** [2] - 29:12, 29:14
**draftsmanship** [2] - 41:18, 41:23
**drier** [1] - 28:3
**driven** [1] - 18:14
**dry** [2] - 20:20
**dryers** [1] - 35:9
**due** [2] - 17:8, 29:15
**Duffy** [2] - 32:18
**during** [4] - 10:5, 13:21, 18:12, 64:20
**duties** [1] - 27:18

**E**

**ear** [1] - 30:12
**early** [5] - 21:4, 42:19, 53:22, 57:6, 63:9
**ears** [1] - 64:12
**easier** [2] - 22:7,

22:8
**easiest** [1] - 4:25
**easily** [1] - 28:17
**east** [1] - 7:12
**Easter** [1] - 66:21
**easy** [1] - 22:9
**echo** [1] - 65:23
**ECP** [12] - 10:2, 20:15, 47:13, 51:3, 59:17, 59:21, 60:3, 60:6, 60:14, 60:21, 61:22, 65:18
**ECP-related** [1] - 47:13
**ECPs** [1] - 51:7
**edge** [1] - 50:13
**effective** [3] - 19:17, 35:6, 48:21
**effectively** [7] - 15:4, 19:2, 22:20, 28:3, 28:14, 29:16, 53:20
**effectiveness** [1] - 48:12
**efficiency** [1] - 14:5
**efficiently** [1] - 22:19
**effort** [12] - 12:7, 19:2, 19:5, 20:19, 20:23, 21:6, 22:25, 24:9, 33:5, 40:11, 52:10, 59:24
**efforts** [14] - 8:10, 17:8, 18:11, 21:11, 23:20, 26:7, 26:10, 27:16, 27:19, 48:25, 59:8, 60:2, 62:12, 65:23
**eight** [1] - 51:25
**either** [1] - 33:8
**electronics** [1] - 4:21
**Ellis** [8] - 2:13, 5:25, 6:1, 48:24, 49:10, 49:19, 50:8, 52:19
**eloquently** [1] - 26:14
**embedding** [1] - 48:18
**emerge** [1] - 23:22
**emphasized** [1] - 61:2
**employee** [1] - 44:19
**employees** [13] - 23:6, 23:7, 37:6, 37:12, 37:14, 43:17, 59:22, 62:8, 62:9, 62:12, 62:25, 65:25
**enabled** [1] - 24:12
**enables** [1] - 20:22
**encourage** [1] - 3:25
**encouragement** [1] - 65:20

end [5] - 29:25, 47:13, 56:18, 63:8, 65:17
endeavor [1] - 19:1
ended [3] - 10:22, 23:16, 45:18
ending [1] - 26:9
energy [1] - 22:18
engage [3] - 20:4, 24:22, 39:3
engaged [1] - 18:6
engine [2] - 24:1, 44:7
engineer [3] - 30:23, 45:2, 45:3
engineering [5] - 6:8, 11:12, 27:18, 27:21, 28:5
ensued [1] - 17:21
ensuring [1] - 7:14
entered [1] - 61:22
entire [2] - 11:8, 60:5
entitled [1] - 68:5
entrusted [1] - 25:13
enunciate [1] - 14:14
envious [1] - 8:20
environment [2] - 57:10, 63:25
environmental [11] - 10:3, 10:16, 19:14, 19:18, 22:21, 30:22, 44:1, 58:20, 58:25, 60:18, 60:19
Environmental [2] - 48:25, 53:19
ENVIRONMENTAL [1] - 1:17
environmentally [1] - 33:2
EO [1] - 20:5
equal [1] - 43:15
equipment [8] - 5:8, 12:4, 12:12, 13:9, 13:14, 28:1, 28:14, 29:10
equipoise [1] - 41:8
equity [2] - 21:7, 59:12
especially [4] - 47:12, 62:25, 63:16, 66:14
ESQ [8] - 1:13, 1:16, 1:19, 1:20, 1:22, 2:3, 2:4, 2:4
essentially [2] - 48:22, 52:1
etcetera [1] - 60:12
evaluate [1] - 45:11
evaluating [4] - 45:16, 46:12, 48:8,

52:8
evaluation [2] - 47:17, 47:18
events [1] - 61:25
eventually [1] - 49:11
Evergreen [1] - 6:14
evidence [10] - 40:23, 40:24, 40:25, 41:7, 42:3, 43:12, 43:13, 44:19, 46:20, 59:9
eviscerate [1] - 46:22
exact [2] - 31:14, 46:7
exactly [1] - 42:11
example [4] - 19:24, 22:21, 31:5, 46:7
exchange [2] - 40:5, 40:9
executive [2] - 26:12, 50:6
exercise [3] - 24:23, 25:11, 49:14
expand [2] - 20:3, 52:16
expect [1] - 40:7
experience [6] - 13:15, 23:24, 25:18, 39:10, 44:8, 45:23
experiences [2] - 9:3, 32:8
explain [1] - 41:6
explanation [1] - 40:21
exploring [1] - 27:24
express [1] - 40:11
expressed [4] - 7:21, 26:14, 55:25
expressing [1] - 25:15
extensively [1] - 21:24
extent [2] - 30:21, 39:15
external [2] - 14:9, 15:25
extra [1] - 53:23
extract [1] - 18:22
extracted [1] - 18:21
extraordinarily [4] - 8:17, 8:19, 23:25, 24:8
extraordinary [10] - 7:9, 19:5, 26:7, 32:25, 40:20, 57:15, 57:16, 57:19, 58:5
extremely [2] - 26:5, 36:21

eyewitness [2] - 45:1, 45:13

F

face [1] - 45:18
faced [1] - 37:6
facet [1] - 59:24
fact [12] - 19:25, 22:10, 28:13, 31:23, 33:14, 36:9, 36:18, 41:20, 43:11, 58:11, 60:23, 61:21
factor [4] - 21:10, 37:16, 43:25
factors [1] - 16:24
facts [5] - 41:25, 42:6, 42:9, 47:16
failed [1] - 61:9
failure [2] - 36:4, 56:7
fair [1] - 40:9
fairly [1] - 28:17
fall [1] - 51:6
falling [1] - 19:13
family [4] - 18:21, 56:15, 57:24, 59:3
far [5] - 8:12, 18:2, 26:11, 37:25, 62:11
FCRR [2] - 2:16, 68:9
feather [1] - 41:11
February [1] - 14:23
federal [1] - 7:25
feedback [4] - 4:22, 8:16, 29:1, 50:4
FELDMAN [1] - 1:25
Feldman [3] - 7:6, 7:8, 18:11
Feldman's [1] - 8:8
felt [2] - 11:13, 17:16
figure [2] - 34:4, 50:15
figured [1] - 53:23
filed [4] - 21:2, 37:25, 66:10, 66:13
filing [1] - 55:21
filling [1] - 44:5
final [1] - 66:12
finalizing [1] - 32:24
finally [2] - 28:13, 57:17
financial [3] - 30:9, 30:19, 57:10
financially [1] - 34:16
findings [16] - 11:3, 12:14, 13:18, 13:20, 13:22, 13:24, 14:7, 14:20, 14:25, 15:1, 15:14, 15:17, 16:17,

16:18, 16:23
finished [1] - 46:4
finishes [1] - 30:16
Firm [1] - 4:5
firm [5] - 4:11, 4:12, 6:7, 7:2, 7:12
first [21] - 3:6, 5:13, 7:19, 8:7, 8:9, 8:25, 9:22, 9:23, 10:9, 10:13, 11:17, 22:25, 25:8, 27:25, 35:8, 38:6, 50:15, 55:24, 56:18, 58:2, 61:18
Fitzgerald [3] - 3:17, 46:6, 63:23
FITZGERALD [2] - 1:13, 3:16
five [10] - 6:24, 10:5, 13:25, 15:14, 49:11, 56:19, 58:18, 60:8, 61:21, 62:5
five-year [1] - 10:5
fix [1] - 11:9
fleet [2] - 11:21, 30:22
fleets [1] - 20:25
Floor [2] - 2:18, 68:10
floor [1] - 61:16
FLORIDA [1] - 1:2
Florida [6] - 1:4, 1:15, 1:24, 2:19, 3:3, 68:11
fly [1] - 52:1
focus [4] - 16:17, 16:22, 62:18, 63:11
focused [5] - 8:24, 13:9, 23:23, 36:18, 64:13
folks [2] - 24:16, 51:4
follow [1] - 54:25
food [5] - 11:6, 11:14, 11:19, 11:21
footnote [1] - 43:24
FOR [3] - 1:13, 1:19, 1:25
force [1] - 56:12
forefront [1] - 59:13
foregoing [1] - 68:3
foremost [1] - 9:1
forget [2] - 65:8, 65:9
forgetting [1] - 8:25
forms [1] - 44:5
forth [3] - 22:14, 23:22, 41:12
forward [15] - 11:22, 12:4, 25:22, 28:19, 31:8, 32:3, 34:4, 39:18, 39:23, 44:13,

44:14, 48:6, 53:1, 53:12, 65:5
foundation [4] - 9:4, 58:25, 59:6, 60:9
four [9] - 15:14, 15:17, 28:9, 47:8, 48:16, 49:11, 51:24, 52:4, 62:5
fourth [1] - 21:20
Fourth [1] - 1:14
FPR [2] - 2:16, 68:9
FRANCIC [1] - 2:9
Francic [1] - 6:21
frankly [2] - 40:18, 55:23
free [2] - 40:5, 51:6
freed [1] - 51:12
freely [1] - 22:13
frequently [1] - 36:9
Friday [1] - 31:24
front [3] - 27:1, 29:25, 54:20
fruit [1] - 11:1
frustrated [1] - 38:19
frustrations [1] - 38:22
full [1] - 49:1
fully [3] - 8:3, 59:15, 61:20
function [2] - 9:21, 31:4
functioning [1] - 8:3
functions [2] - 10:1, 10:2
future [6] - 9:13, 25:4, 58:15, 59:15, 60:9, 65:13

G

gaining [1] - 10:15
gathering [1] - 51:11
General [2] - 61:10
general [1] - 38:4
generated [1] - 18:11
generating [1] - 8:24
Genting [1] - 62:4
genuine [1] - 39:1
germs [1] - 4:2
Gerry [8] - 2:13, 5:25, 51:17, 53:4, 53:6, 53:10, 53:12, 52:23
get-go [1] - 23:1
gift [1] - 63:5
given [5] - 6:17, 20:1, 33:13, 33:14, 49:16
glad [2] - 34:3, 53:3
global [2] - 14:7,

6

19:10
**glowing** [1] - 56:17
**goal** [7] - 7:21, 7:24, 8:6, 9:1, 30:1, 46:24, 60:20
**goals** [1] - 19:3
**God** [2] - 34:17, 66:25
**governed** [1] - 9:19
**Government** [18] - 3:15, 7:5, 9:14, 16:18, 26:2, 33:8, 40:1, 41:1, 42:23, 42:25, 44:11, 44:16, 44:22, 63:7, 64:23, 65:9, 65:22
**GOVERNMENT** [1] - 1:13
**grand** [1] - 41:2
**grant** [1] - 66:25
**granted** [1] - 34:11
**Gras** [7] - 26:19, 29:24, 32:15, 35:8, 37:8, 43:22, 43:23
**grateful** [4] - 8:10, 8:17, 26:15, 33:4
**gratitude** [1] - 26:10
**gray** [4] - 36:9, 36:12, 36:13, 36:22
**Great** [1] - 54:4
**great** [9] - 9:2, 9:12, 10:17, 11:17, 18:13, 30:20, 33:6, 56:9, 56:14
**greatly** [1] - 42:23
**greetings** [1] - 17:4
**Group** [3] - 6:22, 12:15, 62:4
**GROUP** [1] - 2:9
**group** [6] - 7:12, 19:20, 20:6, 23:3, 41:2, 62:19
**groups** [3] - 20:7, 21:22, 31:17
**grow** [1] - 16:3, 16:12, 16:23
**guess** [3] - 12:17, 38:19, 51:1
**guest** [1] - 22:11
**guests** [1] - 59:2
**guidance** [1] - 19:20
**guide** [1] - 60:14
**guides** [1] - 20:12
**guiding** [1] - 59:14

## H

**H-E-S-S** [1] - 14:7
**habit** [1] - 17:12
**half** [1] - 54:5
**hand** [5] - 6:9, 17:14,

33:17, 42:4, 66:19
**handed** [1] - 4:21
**hands** [1] - 15:10
**hands-on** [1] - 15:10
**handwritten** [1] - 22:16
**happier** [1] - 55:24
**happy** [3] - 21:17, 34:2, 54:3
**Happy** [1] - 66:21
**hard** [8] - 3:5, 6:24, 24:2, 25:16, 39:8, 53:6, 59:22, 65:15
**heads** [1] - 48:24
**headwinds** [1] - 62:8
**health** [2] - 59:1, 60:19
**Health** [2] - 48:25, 53:18
**hear** [10] - 4:18, 27:2, 27:12, 29:19, 33:15, 33:25, 34:24, 46:15, 46:16, 64:16
**heard** [6] - 17:17, 25:6, 28:20, 36:23, 38:8, 64:15
**hearing** [3] - 32:17, 64:11, 65:2
**heart** [4] - 33:25, 54:19, 56:2, 63:6
**heavy** [1] - 42:18
**help** [10] - 7:9, 10:16, 29:11, 40:11, 52:10, 53:15, 54:3, 54:20, 60:21, 62:19
**helped** [3] - 8:9, 16:16, 24:7
**helpful** [5] - 26:5, 35:19, 40:5, 56:22, 65:13
**helping** [4] - 34:15, 51:13, 52:3, 59:20
**helps** [5] - 9:16, 9:17, 14:15, 30:24, 35:12
**hereby** [1] - 68:3
**heroes** [1] - 33:3
**HESS** [7] - 14:7, 19:10, 47:11, 49:2, 51:14, 53:11
**highest** [2] - 58:23, 59:5
**highly** [3] - 18:1, 18:4, 18:9
**himself** [1] - 7:7
**hindrance** [1] - 21:3
**hired** [1] - 40:19
**hiring** [2] - 51:4, 51:19
**history** [4] - 58:14,

67:3, 67:4
**hit** [4] - 36:12, 40:13, 40:22, 57:15
**Hogan** [1] - 38:17
**holistic** [3] - 12:8, 29:6, 30:10
**Holy** [1] - 66:21
**homogenous** [1] - 21:22
**hone** [1] - 42:25
**honest** [2] - 9:17, 9:20
**honesty** [1] - 25:18
**Honor** [66] - 3:16, 3:19, 4:3, 4:10, 4:19, 5:13, 6:2, 6:5, 6:19, 9:24, 15:9, 15:11, 16:25, 17:3, 20:14, 25:25, 26:17, 26:21, 29:4, 29:5, 29:21, 30:7, 30:13, 30:14, 31:2, 32:11, 33:6, 33:9, 33:11, 34:1, 34:23, 35:15, 38:5, 38:15, 38:23, 39:3, 40:3, 41:14, 41:19, 42:23, 43:10, 45:7, 46:2, 46:6, 47:1, 47:21, 47:25, 49:22, 49:25, 50:20, 50:21, 50:22, 55:7, 55:17, 58:7, 60:20, 61:7, 61:17, 63:4, 63:21, 64:3, 66:2, 67:6
**Honorable** [1] - 3:3
**HONORABLE** [1] - 1:11
**honoring** [2] - 58:23, 60:24
**hope** [12] - 17:11, 17:23, 34:15, 34:18, 36:2, 36:3, 39:21, 46:11, 56:24, 58:8, 58:18, 66:23
**hopefully** [9] - 7:19, 8:4, 32:4, 38:21, 40:8, 40:12, 44:17, 45:14, 65:11
**horns** [1] - 53:4
**horrible** [1] - 62:1
**hosted** [1] - 32:17
**hot** [1] - 24:2
**hotel** [2] - 8:25, 56:14
**hour** [1] - 54:5
**hours** [3] - 24:1, 27:19, 27:21
**housekeeping** [1] - 66:4

**Houston** [1] - 7:12
**HR** [1] - 31:17
**huge** [5] - 26:9, 43:25, 64:14
**human** [6] - 19:1, 37:21, 57:7, 57:10, 57:20, 58:4
**humble** [1] - 57:8
**humbling** [1] - 25:12
**humility** [2] - 55:25, 57:25
**hundred** [2] - 62:12, 62:24
**hundreds** [1] - 62:13
**HUTCHINSON** [3] - 38:4, 38:11, 38:15
**hutchinson** [1] - 5:20
**Hutchinson** [5] - 2:12, 5:19, 38:2, 39:22, 50:8
**Hutchinson's** [1] - 42:16
**hydrocarbons** [1] - 36:14

## I

**IAG** [13] - 14:9, 36:2, 39:4, 39:11, 39:22, 40:16, 43:21, 46:13, 48:3, 49:2, 49:23, 52:7, 54:24
**iceberg** [1] - 7:11
**idea** [1] - 33:4
**ideas** [2] - 53:10, 53:16
**identified** [4] - 11:4, 11:13, 12:22, 14:2
**identify** [3] - 11:2, 15:24, 46:24
**identifying** [2] - 11:19, 21:22
**II** [1] - 62:21
**illegal** [2] - 17:19, 21:16
**imagine** [1] - 17:15
**immediate** [1] - 17:20
**immediately** [1] - 11:8
**impact** [5] - 12:12, 13:13, 21:7, 29:10, 57:16
**impetus** [1] - 11:20
**implement** [2] - 52:25, 60:15
**implemented** [2] - 14:22, 24:6
**implementing** [1] -

35:2
**imply** [1] - 51:5
**important** [16] - 10:25, 13:3, 16:23, 18:25, 19:21, 20:2, 20:7, 35:23, 46:11, 48:13, 49:8, 50:12, 53:2, 53:13, 59:12, 64:4
**importantly** [2] - 15:13, 25:2
**impose** [1] - 6:25
**imposed** [1] - 7:25
**impossible** [1] - 24:24
**impressed** [1] - 45:20
**improperly** [1] - 33:2
**improve** [6] - 10:16, 24:4, 26:7, 48:4, 60:5, 63:2
**improved** [3] - 11:3, 23:13, 23:19
**improvement** [3] - 15:15, 23:17, 58:21
**improvements** [3] - 20:17, 25:24, 27:24
**improving** [1] - 25:3
**inartful** [1] - 41:23
**incident** [1] - 15:24
**incidents** [2] - 12:6, 49:15
**incinerate** [1] - 28:11
**incineration** [2] - 27:17, 28:17
**inclusion** [2] - 21:7, 59:12
**inclusive** [2] - 31:5, 32:1
**incorporate** [1] - 35:3
**incorporated** [1] - 60:10
**incredible** [4] - 8:13, 57:7, 57:13, 62:10
**individual** [3] - 16:17, 17:13, 30:4
**individually** [1] - 12:6
**individuals** [1] - 56:5
**industry** [4] - 7:23, 36:21, 60:18, 62:15
**industry's** [1] - 11:22
**ineffective** [1] - 19:15
**information** [9] - 16:12, 17:10, 24:11, 25:13, 35:11, 40:5, 40:9, 45:21
**inhibit** [1] - 61:4

**initial** [4] - 47:9,
49:24, 52:15, 64:11
**input** [5] - 7:20,
30:11, 30:24, 31:6,
49:20
**insignificant** [1] -
16:3
**inspection** [1] - 11:5
**installed** [1] - 28:18
**instead** [2] - 17:19,
28:6
**institutionalized** [1]
- 60:11
**instructed** [2] -
43:12, 43:13
**instructions** [5] -
23:21, 43:10, 43:11,
43:14, 45:16
**instrumental** [1] -
51:13
**integral** [1] - 13:10
**integrated** [1] -
13:12
**intend** [1] - 18:16
**intended** [3] - 28:10,
29:15, 42:18
**intensified** [1] - 59:8
**intensive** [1] - 27:20
**intent** [1] - 34:6
**intention** [5] - 42:2,
42:10, 42:16, 42:17,
42:21
**interaction** [1] -
16:13
**interdisciplinary** [2]
- 9:12, 52:21
**interest** [3] - 45:4,
45:12, 56:7
**interested** [1] - 55:9
**internal** [6] - 11:25,
14:9, 15:1, 37:25,
46:11, 54:18
**internally** [1] - 37:8
**interrupted** [1] - 46:4
**interview** [2] - 7:3,
36:17
**intimation** [1] - 43:16
**intolerable** [1] -
33:17
**introduce** [3] - 4:5,
4:7, 7:6
**introduction** [1] -
29:9
**invaluable** [1] - 7:13
**invasion** [2] - 62:1,
62:6
**investigation** [7] -
12:22, 15:24, 16:22,
37:25, 42:5, 42:6,
48:3

**investigations** [5] -
12:1, 14:22, 40:17,
46:11, 54:19
**investigator** [1] -
45:19
**investigators** [4] -
45:17, 45:20, 46:13,
49:24
**invite** [2] - 55:18,
58:5
**involve** [4] - 29:16,
31:24, 31:25, 32:1
**involved** [3] - 27:19,
30:18, 53:25
**involves** [1] - 31:16
**ISM** [1] - 44:4
**isolated** [1] - 37:1
**issue** [8] - 4:21, 11:7,
25:4, 26:20, 35:20,
35:23, 39:23, 54:18
**issued** [1] - 13:21
**issues** [23] - 11:15,
11:19, 12:2, 12:24,
13:8, 13:16, 16:16,
16:22, 17:11, 17:24,
23:4, 29:23, 39:1,
39:6, 39:11, 39:15,
39:17, 39:20, 39:23,
49:2, 49:13, 61:1
**issuing** [2] - 13:18,
13:20
**itself** [2] - 10:10,
67:4

**J**

**JEFF** [1] - 1:25
**Jeff** [1] - 7:8
**job** [5] - 7:8, 7:24,
9:18, 10:4, 16:14
**jobs** [1] - 62:13
**John** [1] - 6:21
**JOHN** [1] - 2:9
**joining** [1] - 17:6
**Josh** [2] - 2:11, 5:15
**JUDGE** [1] - 1:11
**judge** [4] - 7:25,
9:16, 35:5, 64:11
**judge's** [1] - 51:1
**judgment** [1] - 51:25
**July** [1] - 28:18
**jumped** [3] - 40:14,
42:25, 63:9
**juncture** [2] - 35:21,
35:25
**jurors** [4] - 41:2,
43:11, 43:13, 45:16
**jury** [7] - 41:7, 43:10,
43:13, 45:11, 45:16,
46:8

**justice** [2] - 21:15,
63:14
**JUSTICE** [1] - 1:16

**K**

**Keays** [1] - 43:18
**keep** [5] - 9:17,
37:21, 41:10, 44:17,
45:18
**keeping** [1] - 16:22
**Kelley** [8] - 4:4, 4:11,
5:12, 41:16, 46:3,
47:3, 55:1, 66:11
**KELLEY** [11] - 1:19,
4:10, 4:12, 4:16,
41:14, 41:18, 46:2,
47:1, 47:4, 47:6, 55:7
**Kelley's** [3] - 42:24,
54:22, 54:25
**key** [1] - 61:2
**kind** [12] - 17:22,
22:18, 22:25, 30:24,
33:18, 33:19, 35:11,
42:5, 53:6, 53:9,
53:17, 53:22
**King** [1] - 6:21
**KING** [1] - 2:9
**knowledgeable** [1] -
44:25
**known** [2] - 26:2,
63:24
**knows** [4] - 6:10, 9:6,
27:14, 44:11

**L**

**laid** [1] - 41:21
**language** [1] - 16:15
**lap** [2] - 64:4, 65:7
**largely** [1] - 17:8
**last** [14] - 5:4, 9:25,
27:15, 28:13, 29:22,
31:23, 32:17, 34:2,
46:19, 55:19, 58:18,
60:8, 61:25, 62:9
**late** [1] - 7:14
**lavalier** [3] - 4:15,
4:22, 4:23
**lavaliers** [1] - 5:2
**law** [9] - 6:7, 7:8,
9:19, 43:3, 43:6, 43:7,
45:9, 46:21, 63:24
**lawyer** [2] - 40:20,
51:13
**lead** [2] - 16:7, 47:16
**leader** [4] - 7:23,
23:22, 34:19, 60:18
**leaders** [4] - 22:6,
48:2, 50:7, 50:14

**leadership** [8] - 8:18,
22:1, 23:5, 34:14,
56:20, 57:8, 57:16,
58:12
**leading** [1] - 22:11
**leads** [1] - 29:7
**learn** [14] - 11:1,
11:24, 11:25, 12:1,
13:6, 16:2, 25:9,
28:19, 35:12, 36:4,
46:24, 52:24, 57:1,
67:3
**learned** [6] - 32:8,
36:20, 51:23, 54:6,
60:7, 60:16
**learning** [6] - 13:3,
15:22, 21:6, 28:25,
57:14, 59:9
**least** [1] - 37:23, 67:2
**leaves** [1] - 51:22
**led** [3] - 20:16, 22:18,
31:16
**ledger** [1] - 14:3
**legal** [2] - 21:15,
40:22
**legally** [1] - 10:25
**leisure** [1] - 61:23
**length** [2] - 66:6,
66:15
**lent** [1] - 10:10
**Leslie** [1] - 6:7
**LESLIE** [1] - 2:4
**less** [3] - 28:3, 28:8,
54:9
**lessons** [7] - 11:2,
13:3, 16:2, 32:8,
51:15, 60:7, 60:15
**letter** [4] - 21:2,
38:1, 38:7, 38:9,
38:10, 38:11, 38:15,
38:21, 38:24, 40:6,
43:16, 50:24, 51:4,
51:5
**letters** [1] - 19:8
**level** [6] - 8:14,
22:18, 39:12, 49:12,
49:13, 58:11
**levels** [5] - 8:14,
29:2, 31:13, 31:19,
52:14
**lie** [1] - 45:5
**life** [2] - 25:16, 52:24
**light** [2] - 8:8, 39:23
**likely** [4] - 40:25,
41:2, 41:6, 42:8
**limited** [1] - 39:4
**Line** [1] - 32:18
**line** [2] - 25:24, 54:20
**Lines** [1] - 55:21
**LINES** [1] - 1:7

**lines** [5] - 20:10,
29:14, 29:18, 62:3,
62:5
**list** [1] - 20:18
**listen** [4] - 20:6,
32:2, 50:4, 50:13
**listening** [5] - 7:17,
30:11, 30:13, 33:15,
37:4
**lit** [2] - 20:20
**literally** [2] - 37:15,
55:19
**litigious** [2] - 39:17,
42:20
**lived** [3] - 23:24,
25:18, 45:8
**lives** [1] - 23:24
**LLP** [2] - 1:20, 2:5
**long-term** [1] - 58:2
**look** [15] - 10:18,
11:20, 12:7, 14:18,
14:24, 23:10, 28:24,
29:1, 32:5, 44:23,
45:6, 45:17, 52:12,
52:17, 53:11
**looked** [4] - 11:8,
14:8, 43:9, 43:10
**looking** [16] - 16:12,
21:21, 28:12, 28:19,
29:8, 36:2, 40:15,
48:11, 49:15, 52:7,
53:18, 56:8
**looks** [2] - 49:2, 67:4
**loop** [1] - 50:4
**loops** [1] - 29:1
**Lovells** [1] - 38:17
**lowest** [1] - 5:8
**LTD** [2] - 1:7, 3:13
**lunchroom** [1] - 44:6

**M**

**ma'am** [1] - 4:12
**machine** [1] - 29:2
**madam** [1] - 3:23
**maintain** [1] - 60:17
**maintenance** [1] -
13:16
**major** [1] - 29:10
**majority** [1] - 32:21
**man** [1] - 63:11
**manageable** [1] -
47:11
**managed** [1] - 35:25
**management** [15] -
10:3, 10:16, 13:7,
20:7, 29:4, 29:9,
29:16, 32:12, 35:1,
35:20, 35:22, 47:18,
47:20, 48:5, 49:16

**manner** [1] - 55:14
**manual** [3] - 27:16,
27:20, 28:6
**manufacturer** [1] -
28:1
**map** [1] - 26:12
**March** [1] - 55:4
**Mardi** [7] - 26:19,
29:24, 32:14, 35:8,
37:8, 43:22, 43:23
**marine** [3] - 6:8,
6:17, 10:3
**maritime** [3] - 8:22,
9:1, 56:14
**MARKUS** [11] - 1:22,
4:3, 4:9, 4:19, 5:13,
5:17, 5:19, 5:21, 5:23,
5:25, 6:2
**Markus** [3] - 4:3,
4:14, 5:12
**MARKUS/MOSS** [1] -
1:23
**MARPOL** [1] - 36:19
**Martin** [1] - 6:8
**Marty** [3] - 38:17,
40:19, 48:1
**mask** [3] - 3:21, 3:24,
4:1
**matter** [6] - 8:5,
28:13, 31:23, 64:22,
66:4, 68:5
**maxima** [1] - 56:20
**mea** [3] - 56:19,
56:20
**mean** [7] - 18:25,
34:10, 34:25, 45:8,
45:25, 47:17, 51:25
**meaningful** [1] -
48:10
**meaningfully** [1] -
54:20
**means** [4] - 28:3,
28:9, 32:1, 43:16
**measures** [1] - 24:6
**measuring** [1] - 48:9
**Medallion** [2] -
22:12, 22:18
**media** [4] - 12:18,
12:23, 12:25, 13:4
**meet** [4] - 16:15,
19:3, 50:8, 54:24
**meeting** [1] - 55:19
**meetings** [2] - 53:4,
55:12
**meets** [1] - 23:11
**member** [1] - 28:16
**members** [6] - 22:19,
36:17, 36:20, 36:24,
51:10, 57:18
**mentality** [1] - 49:23

**mention** [2] - 21:5,
36:16
**mere** [1] - 41:11
**met** [4] - 19:18, 25:8,
41:9, 52:4
**method** [2] - 12:22,
42:5
**methodology** [1] -
31:12
**MIAMI** [1] - 1:2
**Miami** [7] - 1:4, 1:15,
1:24, 2:18, 2:19,
68:10, 68:11
**mic** [3] - 4:15, 5:5,
26:25
**Micky** [2] - 2:11, 5:15
**microphone** [2] -
27:9, 38:14
**mics** [1] - 4:22
**middle** [1] - 34:12
**midnight** [1] - 57:4
**might** [4] - 18:14,
24:22, 35:19, 37:13
**Miguez** [2] - 2:11,
5:14
**mind** [2] - 27:7,
37:22
**mindset** [1] - 57:14
**minute** [2] - 23:23,
46:3
**minutes** [2] - 15:8,
54:10
**mirror** [2] - 7:19,
24:16
**misconduct** [1] -
19:14
**missed** [1] - 66:8
**missteps** [1] - 57:1
**mistakes** [3] - 13:6,
25:8, 58:20
**mitigate** [1] - 29:11
**mixed** [2] - 11:6,
14:19
**mixing** [1] - 11:14
**model** [1] - 9:13
**modify** [1] - 28:1
**moment** [5] - 17:17,
19:11, 28:23, 46:23,
53:10
**monitor** [3] - 44:15,
48:25, 65:24
**MONITOR** [1] - 2:2
**Monitor** [6] - 6:6,
37:13, 59:19, 60:2,
65:19, 66:7
**monitor's** [1] - 64:8
**monitorship** [7] -
18:1, 18:13, 19:7,
22:24, 24:6, 39:5,
39:14

**monitorships** [2] -
18:5, 23:8
**month** [2] - 32:24
**months** [3] - 49:12,
51:25, 63:10
**most** [15] - 13:25,
16:23, 18:2, 18:11,
19:12, 20:2, 20:6,
20:24, 21:8, 21:9,
23:8, 26:3, 62:3,
64:17, 66:20
**mother** [1] - 63:18
**motive** [1] - 45:4
**move** [6] - 22:13,
25:22, 27:16, 31:8,
32:3, 39:23
**moved** [2] - 6:15,
48:9
**moving** [2] - 11:22,
12:4
**MR** [95] - 3:16, 3:19,
4:3, 4:9, 4:10, 4:12,
4:16, 4:19, 5:13, 5:17,
5:19, 5:21, 5:23, 5:25,
6:2, 6:5, 6:12, 6:19,
9:24, 13:20, 14:16,
15:9, 15:11, 17:3,
22:4, 22:8, 26:17,
26:21, 27:2, 27:7,
27:11, 27:14, 29:4,
29:21, 30:6, 30:13,
31:2, 31:11, 32:7,
32:9, 32:11, 32:16,
33:6, 33:9, 33:11,
34:1, 34:9, 34:23,
34:24, 35:14, 35:15,
35:17, 38:4, 38:11,
38:15, 38:23, 40:3,
41:14, 41:18, 42:23,
43:5, 43:8, 43:23,
45:7, 46:2, 46:5, 47:1,
47:4, 47:6, 47:21,
47:24, 48:16, 48:18,
49:8, 49:21, 50:2,
50:20, 50:22, 50:24,
51:9, 51:23, 52:4,
53:2, 53:9, 54:3, 55:7,
55:17, 58:7, 61:17,
63:10, 63:21, 64:2,
66:4, 66:6, 67:6
**music** [1] - 64:12
**must** [2] - 16:19,
41:13

## N

**N.W** [2] - 1:23, 2:5
**name** [1] - 57:24
**namely** [1] - 9:4
**names** [2] - 6:13, 7:4

**narrow** [1] - 35:22
**Natalia** [1] - 6:6
**NATALIA** [1] - 2:4
**NATURAL** [1] - 1:17
**Navy** [2] - 9:6, 9:8
**necessary** [2] -
17:18, 41:24
**need** [24] - 3:9, 3:22,
9:19, 24:19, 32:10,
37:21, 39:9, 39:13,
40:10, 49:17, 49:24,
49:25, 50:9, 50:10,
50:14, 52:12, 53:6,
53:7, 53:20, 53:23,
60:25, 63:12
**needed** [1] - 7:20
**needle** [1] - 48:9
**needs** [10] - 15:6,
15:19, 16:5, 20:22,
22:18, 23:18, 34:11,
35:3, 54:19, 57:8
**never** [6] - 8:4,
33:18, 34:6, 35:10,
45:19, 63:14
**New** [3] - 1:21, 14:16
**new** [10] - 29:8, 29:9,
29:22, 30:4, 31:13,
31:20, 32:13, 35:2,
36:7, 49:22, 50:3,
50:12, 52:17, 61:10,
66:23
**next** [1] - 63:23
**nice** [1] - 5:20
**night** [1] - 7:14
**NO** [1] - 1:3
**NOLAN** [11] - 2:8,
6:19, 9:24, 13:20,
14:16, 15:9, 15:11,
34:24, 40:3, 50:22,
50:24
**Nolan** [6] - 6:18,
6:20, 9:23, 17:1,
24:10, 39:24
**Nolan's** [3] - 7:2,
7:12, 35:23
**non** [1] - 51:14
**noncompliance** [1] -
21:13
**none** [3] - 17:17,
44:8, 63:22
**normal** [1] - 27:18
**normally** [4] - 16:15,
18:7, 46:18, 46:19
**North** [2] - 2:18,
68:10
**Northeast** [1] - 1:14
**Northwest** [1] - 1:17
**note** [2] - 23:13,
57:13
**notes** [2] - 22:16,

27:6
**nothing** [3] - 20:15,
20:23
**notice** [3] - 55:3,
55:8
**notion** [1] - 48:22
**notions** [1] - 42:2
**novel** [1] - 49:6
**number** [20] - 3:11,
7:16, 11:3, 11:12,
12:5, 12:6, 16:9,
16:10, 35:4, 40:15,
44:7, 47:9, 48:15,
51:10, 51:14, 53:4,
58:24, 60:11, 60:24
**numeral** [1] - 47:8

## O

**observed** [1] - 43:24
**obstacles** [1] - 21:3
**obstructive** [1] -
56:22
**obvious** [1] - 30:17
**obviously** [1] - 62:6
**occurred** [1] - 11:15
**occurring** [1] - 36:19
**occurs** [1] - 4:23
**ocean** [2] - 9:2,
34:12
**Ocean** [2] - 22:12,
22:18
**OF** [3] - 1:2, 1:4, 1:16
**offended** [1] - 9:8
**offender** [1] - 18:8
**offense** [1] - 37:5
**offhand** [1] - 36:1
**OFFICE** [1] - 1:14
**office** [3] - 10:6,
18:6, 19:14
**Office** [2] - 64:7,
65:18
**OFFICER** [1] - 3:2
**officer** [3] - 7:7,
22:21, 44:1
**officers** [1] - 19:18
**Official** [1] - 68:9
**official** [1] - 2:17
**offload** [2] - 27:18,
28:6
**offloaded** [1] - 6:15
**offloading** [1] - 28:9
**often** [1] - 33:23
**once** [6] - 16:15,
47:13, 48:6, 49:18,
53:12, 55:7
**one** [47] - 4:16, 11:5,
11:22, 13:17, 14:2,
15:13, 15:18, 16:5,
16:6, 16:7, 16:23,

outside [1] - 47:10
outsider [1] - 30:18
outsourced [1] -
52:16
outsourcing [2] -
48:19, 49:9
overall [1] - 25:2
overflowing [1] -
36:9
overly [1] - 21:22
oversight [2] - 19:25,
65:14
overwork [1] - 13:16
owe [1] - 33:5
own [9] - 18:14,
18:16, 24:16, 39:10,
43:17, 45:22, 49:9,
52:1, 57:5
owned [1] - 48:5
ownership [4] -
57:24, 57:25, 58:12,
64:6

**P**

p.m [3] - 1:6, 67:8
packaging [1] - 13:1
page [2] - 40:17,
40:18
Pages [1] - 1:7
pages [1] - 56:17
pandemic [9] -
10:11, 18:18, 18:23,
23:15, 34:16, 34:18,
57:15, 58:16, 62:6
paper [1] - 41:17
paperwork [1] -
22:20
paragraph [2] -
55:24, 56:18
pardon [1] - 47:4
parents [2] - 63:17,
63:18
part [13] - 17:11,
21:6, 23:20, 27:18,
27:21, 30:10, 32:12,
32:23, 35:12, 47:25,
62:4, 66:9, 66:15
participant [1] - 18:3
participated [1] -
8:16
particular [13] - 11:5,
11:11, 12:3, 12:12,
13:8, 13:13, 13:23,
14:6, 15:3, 15:12,
35:4, 51:12
particularly [3] -
8:14, 8:21
parties [1] - 55:9
partner [1] - 6:11

partners [1] - 62:14
Party [6] - 6:20, 16:8,
59:19, 60:2, 64:8,
65:19
party [2] - 15:25,
65:9
PARTY [1] - 2:7
passed [2] - 35:18,
55:8
passenger [1] - 8:24
passengers [2] - 9:2,
33:4, 56:16
Passover [1] - 66:21
past [3] - 16:9, 56:9,
65:9
path [3] - 34:4,
58:21, 60:17
Patricia [1] - 3:3
PATRICIA [3] - 1:11,
2:16, 68:9
pattern [2] - 43:10,
43:13
patterns [1] - 56:4
pause [1] - 23:15
pay [2] - 5:10, 32:23
Penthouse [1] - 1:23
people [53] - 7:16,
8:16, 8:20, 9:2, 9:8,
12:9, 13:11, 14:24,
15:21, 17:7, 17:8,
17:23, 18:20, 19:2,
19:4, 20:4, 20:21,
22:13, 22:15, 22:23,
23:24, 24:4, 24:17,
25:13, 25:14, 25:18,
25:21, 26:6, 26:10,
26:11, 32:21, 32:25,
33:13, 33:14, 33:17,
36:7, 37:18, 44:13,
52:2, 52:15, 53:7,
53:11, 57:19, 59:2,
61:3, 62:16, 62:19,
63:12, 64:2, 65:10,
66:24
perfect [3] - 27:12,
52:24, 56:25
perform [1] - 50:16,
51:13, 52:15
performed [2] -
47:10, 49:12
performing [1] -
36:20
perhaps [2] - 38:20,
41:22
period [8] - 10:5,
10:10, 13:21, 21:1,
40:8, 44:9, 48:19,
64:20
permit [1] - 3:20
person [17] - 3:7,

3:21, 5:13, 5:20, 6:1,
17:5, 17:16, 17:19,
32:17, 32:19, 36:19,
44:25, 45:2, 45:4,
54:7, 55:20, 67:2
personal [1] - 62:18
personnel [3] -
10:14, 29:2, 53:16
perspective [3] -
18:24, 30:7, 60:22
perspectives [1] -
9:17
persuade [1] - 41:1
Pete [3] - 2:12,
47:24, 53:3
Peter [3] - 2:12, 5:19,
5:21
philosophy [1] -
34:18
phrase [2] - 43:20,
46:20
picked [1] - 63:11
piece [1] - 13:9
pieces [3] - 12:4,
12:12, 13:13
Pierce [1] - 6:11
place [6] - 14:21,
27:5, 31:22, 37:22,
53:3, 65:12
placed [2] - 17:23,
47:11
places [2] - 21:8,
21:16
plaintiff [3] - 41:5,
41:9, 41:10
Plaintiff [1] - 1:5
planning [1] - 31:19
plastic [3] - 11:19,
12:20, 13:2
plastics [4] - 11:6,
11:14, 12:19, 13:4
played [1] - 59:20
players [1] - 31:15
pleading [1] - 64:17
pleadings [1] - 64:3
pleased [1] - 40:19
pleasure [1] - 58:3
PLLC [1] - 1:23
podium [5] - 4:24,
5:3, 5:5, 27:6, 58:6
point [11] - 12:3,
13:23, 20:19, 35:23,
36:13, 39:14, 46:8,
46:17, 58:13, 58:14
poker [1] - 45:18
policy [6] - 29:12,
31:5, 31:8, 32:2, 32:4,
35:21
Polyvinyl [1] - 13:1
poor [2] - 21:22, 42:9

position [3] - 25:17,
37:6, 37:14
positive [2] - 24:18,
37:9
positively [1] - 8:4
possible [2] - 7:17,
66:1
potential [3] - 13:16,
38:25, 46:21
potentially [4] -
12:19, 13:2, 13:15,
16:7
power [3] - 13:11,
29:3, 57:20
PR [2] - 56:9, 58:24
practice [3] - 48:7,
49:23, 63:24
practices [2] - 11:22,
60:10
practicum [1] - 15:10
pray [1] - 66:24
predecessor [1] -
43:21
predicting [1] -
49:17
prefer [1] - 66:22
preponderance [3] -
40:22, 40:25, 42:3
presence [1] - 25:15
present [3] - 45:1,
52:23, 54:16
PRESENT [2] - 2:1,
2:11
presented [1] - 53:5
presently [1] - 14:21
president [1] - 32:18
presiding [1] - 3:4
pretend [1] - 43:19
pretty [3] - 27:20,
42:18, 54:1
prevail [2] - 41:13,
67:1
prevent [2] - 33:20,
48:4
preventative [1] -
52:25
prevention [1] -
52:25
primarily [1] - 64:3
PRINCESS [1] - 1:7
Princess [2] - 3:12,
55:21
principles [2] -
41:20, 59:14
priority [2] - 58:24,
59:6
prison [1] - 8:2
Probation [6] - 7:7,
26:1, 55:10, 64:7,
64:20, 65:18

probation [7] - 8:3, 8:7, 18:6, 18:8, 19:13, 44:9, 65:17
PROBATION [1] - 1:25
probation's [1] - 56:23
probationary [2] - 10:10, 42:19
problem [13] - 5:2, 9:13, 11:10, 11:11, 12:8, 37:16, 45:13, 52:23, 56:2, 63:12, 64:23, 64:24, 65:3
problematic [1] - 36:23
problems [5] - 11:2, 13:16, 17:24, 25:9, 52:23
procedure [1] - 31:18
procedures [3] - 14:18, 15:12, 29:8
proceed [1] - 55:14
proceedings [2] - 67:8, 68:4
process [26] - 7:3, 17:9, 17:23, 25:13, 26:9, 27:17, 28:5, 28:20, 28:24, 29:13, 29:16, 29:23, 29:25, 31:15, 35:1, 35:4, 35:13, 53:2, 53:5, 53:12, 53:13, 54:1, 55:10, 56:22, 57:14
processing [1] - 11:6
producing [1] - 28:3
product [1] - 66:12
production [1] - 51:11
Program [1] - 22:12
program [7] - 10:12, 11:21, 14:24, 33:20, 40:12, 44:1, 44:18
programs [3] - 10:16, 11:3, 14:9
progress [5] - 48:3, 52:13, 60:6, 65:8, 65:25
projects [1] - 59:25
promise [2] - 34:5, 65:13
promising [1] - 28:24
prompted [1] - 60:1
promptly [1] - 17:25
proof [4] - 40:16, 40:23, 44:21
properly [5] - 16:6, 33:1, 35:25, 62:22

prosecuted [1] - 36:8
prosecutor [2] - 64:10, 64:13
prosecutors [1] - 26:2
protect [1] - 62:13
protection [1] - 59:1
proud [4] - 44:2, 46:23, 57:24, 62:16
proudly [1] - 64:6
prove [3] - 41:5, 46:13, 61:5
provide [4] - 7:19, 9:4, 9:23, 49:25
provided [4] - 5:8, 9:17, 15:16, 49:20
provides [3] - 30:25, 56:13, 56:14
proving [1] - 46:10
public [1] - 66:9
publicly [2] - 19:9, 63:16
publish [1] - 29:14
pull [1] - 38:13
pump [2] - 36:11, 36:12
pumps [1] - 27:18
purchase [1] - 28:14
purpose [2] - 48:11, 52:22
push [1] - 28:8
put [14] - 11:8, 17:9, 18:18, 19:6, 22:17, 27:6, 28:14, 30:4, 37:14, 37:18, 37:22, 39:18, 41:17, 50:19
puts [2] - 18:24, 28:16
putting [2] - 12:19, 13:4

Q

qualitative [1] - 52:11
quantify [1] - 52:10
quantitative [1] - 52:11
quarterly [2] - 50:8, 51:14
questioned [1] - 39:11
questions [1] - 45:18
quickly [2] - 12:21, 12:23
quiet [1] - 54:1
quietly [1] - 19:17
quite [6] - 12:21, 12:23, 21:24, 40:6,

40:18, 49:6
quote [1] - 45:25

R

RAAS [2] - 15:24, 36:2
raise [2] - 17:14, 39:15
raised [6] - 11:7, 12:14, 17:25, 19:12, 34:3, 39:1
raises [1] - 15:24
raising [1] - 17:11
ran [1] - 34:14
ranks [1] - 21:12
rapid [1] - 34:11
rated [1] - 61:24
rather [4] - 37:17, 49:3, 50:19, 61:18
rating [1] - 61:24
raw [2] - 33:1, 36:24
RCA [3] - 14:6, 14:9, 14:11
RCAs [1] - 14:10
re [1] - 49:24
reach [1] - 24:25
react [1] - 62:21
reacted [2] - 12:21, 12:23
reacting [1] - 21:23
read [4] - 38:1, 50:24, 51:5, 55:20
reading [1] - 43:15
ready [2] - 49:5, 52:16
reaffirm [1] - 35:11
real [3] - 33:3, 43:5, 52:20
reality [3] - 17:13, 34:13, 37:23
really [18] - 8:15, 9:21, 17:9, 18:11, 19:10, 20:17, 23:3, 24:25, 25:16, 40:7, 50:12, 53:2, 53:13, 53:18, 53:19, 59:5, 59:17
reason [2] - 8:15, 36:16
reasonable [1] - 40:23
reasons [1] - 25:2
receive [1] - 32:22
received [4] - 44:9, 44:10, 55:3, 55:8
recent [1] - 64:17
recently [1] - 12:24, 23:7, 43:9, 62:3
recess [3] - 54:13,

54:14, 67:7
recognize [6] - 18:10, 49:10, 56:21, 59:15, 61:15, 64:5
recognized [3] - 21:11, 58:19, 63:19
recognizes [2] - 33:16, 65:22
recognizing [2] - 65:3, 65:24
recommendation [1] - 48:14
recommendations [2] - 40:5, 48:4
reconsideration [1] - 39:2
record [3] - 34:25, 66:10, 66:15
reduction [1] - 11:20
reevaluate [1] - 35:6
refer [1] - 9:8
referred [1] - 66:14
referring [1] - 43:1
reflect [2] - 25:17, 61:21
reflecting [1] - 58:19
reflection [3] - 24:19, 24:20, 25:21
regard [2] - 24:7, 33:12
regarding [1] - 39:7
regardless [1] - 56:7
regret [1] - 8:6
regular [3] - 36:25, 37:7, 37:19
regularly [1] - 50:9
regulations [1] - 10:3
reinvent [1] - 49:6
reiterate [1] - 60:4
rejoice [1] - 66:20
related [3] - 19:25, 23:4, 47:13
relates [1] - 12:3
relationship [3] - 10:8, 16:11, 16:13
relaxation [1] - 56:15
reliability [1] - 23:12
rely [1] - 62:14
relying [1] - 43:2
remain [1] - 20:12
remainder [1] - 32:22
remaining [1] - 39:4
remarkable [3] - 17:10, 23:17, 30:8
remarkably [2] - 18:3, 23:3
remarks [2] - 42:24, 63:5

remember [3] - 24:15, 37:21, 65:2
remind [2] - 5:7, 26:3
reminded [1] - 36:5
reminiscent [1] - 62:20
remote [5] - 10:11, 10:17, 10:19, 10:22, 10:23
remove [1] - 3:21
removed [1] - 35:9
Renaissance [8] - 47:10, 48:1, 48:20, 49:18, 51:22, 51:24, 52:3, 53:5
repatriated [1] - 57:18
repeat [2] - 61:18, 67:4
repeatedly [1] - 51:9
report [9] - 9:23, 33:8, 37:17, 44:9, 50:19, 54:24, 55:21, 55:24, 56:17
reported [2] - 37:8, 37:9
REPORTED [1] - 2:15
REPORTER [4] - 26:25, 27:3, 38:13, 47:22
reporter [7] - 3:23, 3:24, 4:17, 14:12, 26:23, 27:13, 54:6
Reporter [2] - 2:17, 68:9
reporting [5] - 37:10, 44:3, 44:5, 44:20, 46:22
reports [6] - 10:18, 19:8, 43:21, 44:11, 49:13, 52:7
request [1] - 24:11
required [4] - 13:17, 14:19, 15:2, 50:20
requirement [1] - 50:21
requirements [2] - 21:16, 23:11
requires [2] - 7:8, 9:7
requiring [1] - 14:21
research [1] - 21:21
residue [4] - 27:16, 28:2, 28:4, 28:15
resistance [1] - 8:12
Resource [1] - 47:8
resource [4] - 8:19, 39:12, 51:19, 52:14
RESOURCES [1] - 1:17

**resources** [6] - 39:7, 49:5, 52:17, 53:24, 57:6, 66:25
**respect** [5] - 19:4, 20:21, 26:9, 31:12, 40:20
**responded** [1] - 24:10
**respondents** [1] - 11:12
**responding** [1] - 12:16
**response** [12] - 11:17, 34:11, 37:24, 38:5, 38:11, 38:15, 38:19, 40:2, 64:22, 66:8, 66:9, 66:13
**responses** [1] - 49:15
**responsibilities** [2] - 47:13, 51:3
**responsibility** [6] - 7:18, 8:1, 10:1, 47:25, 58:24, 59:6
**responsible** [1] - 45:2
**rest** [1] - 64:3
**result** [2] - 59:25, 64:6
**resulted** [1] - 11:18
**results** [1] - 62:22
**resume** [1] - 54:9
**retain** [2] - 19:22
**return** [2] - 8:2, 39:16
**revenue** [1] - 8:24
**revenue-generating** [1] - 8:24
**review** [1] - 14:5
**revised** [1] - 66:12
**revision** [1] - 66:12
**revocation** [1] - 8:9
**Richard** [5] - 2:12, 3:17, 5:17, 53:14, 53:16
**RICHARD** [1] - 1:16
**Rick** [2] - 2:11, 5:13
**rightfully** [1] - 65:7
**rise** [2] - 3:2, 34:17
**risk** [15] - 20:7, 21:10, 21:13, 21:20, 21:23, 37:15, 37:17, 43:25, 46:12, 46:24, 52:9, 52:22, 54:20, 61:12
**risk-based** [1] - 52:9
**road** [1] - 26:12
**roads** [1] - 8:7
**role** [4] - 9:13, 9:15, 59:19, 60:18

**Roman** [1] - 47:8
**room** [5] - 9:3, 44:7, 62:12, 62:16, 64:2
**rooms** [1] - 24:1
**root** [12] - 14:6, 14:11, 14:18, 14:20, 14:21, 14:25, 15:3, 15:5, 15:15, 15:16, 15:23, 35:24
**routine** [2] - 37:1, 37:19
**routines** [1] - 27:22
**RPR** [2] - 2:16, 68:9
**rule** [1] - 9:19
**running** [1] - 65:16

---

## S

**safely** [2] - 9:1, 24:5
**safety** [2] - 59:1, 60:19
**Safety** [2] - 48:25, 53:19
**sample** [1] - 52:7
**saw** [6] - 11:6, 17:14, 17:19, 35:8, 43:20, 56:1
**SAYFR** [1] - 23:2
**scales** [2] - 41:10, 41:12
**scheduled** [1] - 55:13
**science** [3] - 43:3, 43:7, 46:21
**scope** [1] - 49:1
**screens** [1] - 28:2
**seasoned** [1] - 53:18
**seat** [3] - 3:8, 27:8, 54:16
**second** [3] - 40:18, 45:2, 61:19
**secondly** [1] - 35:22
**section** [1] - 64:1
**SECURITY** [1] - 3:2
**Security** [2] - 49:1, 53:19
**see** [15] - 5:20, 6:1, 8:10, 9:16, 11:9, 15:15, 17:5, 20:9, 20:22, 23:16, 37:23, 51:3, 53:12, 53:17, 62:18
**seeing** [2] - 45:13, 66:18
**seeking** [1] - 30:4
**seem** [2] - 38:25, 39:16
**SEITZ** [1] - 1:11
**Seitz** [1] - 3:4
**selecting** [1] - 7:1

**self** [1] - 56:7
**self-interest** [1] - 56:7
**senior** [1] - 49:18
**sense** [5] - 22:9, 35:7, 45:22, 58:11, 60:22
**sentence** [3] - 6:25, 8:1, 43:1
**sentiments** [1] - 40:4
**separate** [1] - 28:2
**series** [1] - 55:12
**serious** [2] - 33:5, 37:16
**serve** [3] - 59:3, 59:14, 60:8
**service** [1] - 22:12
**session** [1] - 3:3
**sessions** [1] - 35:4
**set** [6] - 10:17, 12:15, 25:17, 52:3, 57:6, 60:20
**setting** [1] - 56:3
**settle** [1] - 32:2
**sewage** [6] - 27:16, 28:2, 28:4, 33:1, 33:17, 36:24
**shape** [1] - 52:10
**share** [3] - 55:23, 57:12, 59:10
**shared** [2] - 53:10, 57:3
**sharing** [3] - 16:11, 17:10
**shed** [1] - 39:22
**ship** [23] - 9:4, 9:5, 10:1, 10:5, 10:22, 10:24, 11:16, 13:10, 13:21, 16:10, 17:14, 20:4, 20:8, 22:13, 22:15, 25:19, 29:10, 29:13, 29:17, 29:18, 30:5, 31:3, 37:1
**ship-building** [2] - 29:13, 31:3
**shipboard** [2] - 25:16, 59:3
**ships** [7] - 10:8, 10:14, 10:21, 19:21, 21:8, 37:2, 58:10
**shore** [7] - 10:2, 10:9, 10:14, 13:21, 16:10, 34:3, 59:3
**short** [2] - 14:11, 48:19
**shortcomings** [2] - 18:15, 58:1
**shorthand** [1] - 14:13
**shortly** [2] - 14:1,

32:16
**shot** [1] - 42:19
**shovel** [1] - 37:15
**show** [3] - 19:3, 21:21, 56:24
**side** [16] - 6:17, 8:24, 8:25, 10:2, 10:14, 11:14, 13:21, 16:10, 31:17, 34:4, 41:5, 41:8, 56:14, 59:4
**sign** [2] - 20:21, 37:9
**significant** [6] - 16:9, 18:12, 20:17, 20:24, 25:1, 56:12
**siloed** [1] - 30:3
**similar** [2] - 49:23, 62:23
**simple** [3] - 21:15, 22:10, 25:10
**simplify** [1] - 22:9
**Simply** [1] - 43:2
**simply** [5] - 4:1, 4:24, 7:11, 8:24, 56:18
**sincerely** [1] - 65:14
**sincerity** [1] - 21:18
**single** [3] - 17:13, 24:11, 41:4
**sit** [1] - 27:4
**sits** [2] - 24:13, 42:13
**sitting** [2] - 37:3, 63:23
**situation** [5] - 26:8, 27:25, 37:19, 62:1, 62:6
**six** [3] - 34:7, 49:12, 51:24
**skills** [2] - 60:16, 60:17
**slow** [1] - 11:17
**slowly** [1] - 14:14
**small** [1] - 16:6
**smart** [2] - 24:17, 63:11
**smelled** [1] - 36:24
**smooth** [1] - 22:10
**society** [1] - 9:21
**SOLOW** [8] - 2:3, 6:5, 17:3, 22:4, 22:8, 26:17, 33:11, 38:23
**Solow** [7] - 6:3, 6:6, 7:4, 7:13, 17:2, 26:14, 38:1
**solutions** [1] - 31:1
**solvers** [1] - 63:12
**solving** [1] - 9:13
**someone** [2] - 25:4, 53:14
**sometimes** [5] - 21:18, 21:19, 36:10,

39:15
**SORGENTE** [1] - 2:4
**Sorgente** [1] - 6:6
**sorry** [6] - 3:9, 3:23, 14:17, 30:13, 38:13, 45:6
**sort** [9] - 9:8, 21:16, 21:25, 22:5, 30:25, 39:16, 45:22, 47:9, 56:10
**sorting** [1] - 33:17
**sound** [2] - 4:21, 34:25
**sounds** [1] - 25:10
**source** [1] - 19:20
**sourcing** [1] - 49:24
**Southern** [1] - 3:2
**SOUTHERN** [1] - 1:2
**space** [2] - 19:23, 19:24
**spaces** [1] - 36:25
**speaking** [8] - 3:21, 4:24, 5:3, 30:16, 47:22, 61:2, 61:3, 65:15
**specific** [8] - 12:2, 12:17, 35:22, 36:4, 38:5, 39:19, 41:3, 44:13
**specifically** [3] - 31:2, 42:25, 51:19
**specs** [1] - 29:17
**speed** [1] - 24:11
**spilling** [1] - 11:14
**spoken** [2] - 38:8, 50:19
**spreadsheet** [1] - 22:17
**spring** [1] - 66:23
**stabilize** [1] - 34:16
**staff** [1] - 51:16
**staffing** [3] - 31:13, 31:19, 32:13
**stage** [2] - 11:17, 29:1
**standard** [7] - 27:17, 27:21, 40:16, 41:4, 44:18, 45:15, 46:14
**standing** [1] - 27:5
**start** [2] - 17:6, 52:23
**started** [3] - 14:17, 43:18, 65:8
**starting** [5] - 3:15, 29:24, 50:3, 52:6, 57:14
**state** [2] - 3:14, 9:3
**statement** [8] - 45:10, 46:7, 47:9, 47:15, 47:17, 49:20, 51:1, 54:22

**statements** [2] - 43:3, 56:17
**States** [4] - 2:17, 3:12, 3:18, 68:10
**STATES** [4] - 1:1, 1:4, 1:11, 1:14
**status** [2] - 9:25, 18:4
**STATUS** [1] - 1:10
**Steinberg** [6] - 38:17, 40:19, 41:19, 45:15, 47:2, 48:21
**Steinberg's** [2] - 42:17, 48:13
**STENOGRAPHICALLY** [1] - 2:15
**step** [6] - 29:21, 33:11, 48:6, 50:15, 58:2, 64:19
**Steve** [3] - 6:5, 28:20, 42:14
**STEVEN** [1] - 2:3
**steward** [1] - 50:11
**stewardship** [2] - 57:9, 60:18
**still** [8] - 18:20, 22:15, 23:16, 24:4, 28:5, 28:9, 45:25, 54:16
**stop** [1] - 24:21
**stratification** [1] - 21:10
**stratified** [1] - 21:9
**Street** [4] - 1:14, 1:17, 1:23, 2:5
**strength** [1] - 66:25
**strengths** [1] - 23:4
**strongest** [1] - 61:22
**strongly** [1] - 61:3
**struck** [1] - 35:20
**structural** [1] - 60:12
**structured** [1] - 30:2
**studies** [1] - 21:21
**stuff** [2] - 53:21, 57:17
**style** [1] - 34:14
**submitted** [1] - 7:4
**substantive** [1] - 58:2
**succeed** [5] - 19:3, 25:21, 57:8, 57:21, 63:13
**success** [7] - 7:15, 21:4, 25:1, 26:13, 59:21
**successes** [1] - 59:15
**successful** [2] - 23:22, 60:23
**sucked** [1] - 34:15

**suddenly** [1] - 57:17
**sufficient** [2] - 39:12, 46:8
**suggest** [1] - 50:18
**Suite** [1] - 1:17
**superficial** [1] - 40:14
**superiors** [1] - 17:20
**supervision** [1] - 64:7, 64:8
**support** [5] - 9:5, 19:21, 26:1, 31:4, 38:16
**supported** [3] - 15:6, 23:1, 26:11
**supporting** [1] - 22:19
**supportive** [2] - 15:8, 26:5
**supports** [1] - 61:20
**surprised** [1] - 40:6
**surrounding** [1] - 52:11
**survey** [5] - 11:12, 23:3, 23:6, 23:11
**survival** [1] - 62:2
**survive** [2] - 62:17, 63:3
**sustaining** [1] - 25:3
**switched** [1] - 10:11
**system** [15] - 4:21, 9:16, 10:3, 13:23, 14:7, 19:10, 29:10, 36:12, 37:10, 44:3, 44:6, 44:20, 46:22, 63:15
**systemic** [1] - 16:17
**systems** [5] - 11:2, 12:8, 12:9, 13:11, 65:12

## T

**table** [3] - 4:5, 5:11, 15:25
**tack** [2] - 22:2, 22:4
**talent** [1] - 8:14
**talented** [1] - 23:3
**talks** [1] - 53:22
**tanks** [2] - 27:17, 36:9
**Tantrum** [3] - 2:13, 6:8, 6:9
**TANTRUM** [1] - 6:12
**TANYA** [1] - 1:20
**Tanya** [1] - 4:4
**task** [4] - 36:20, 40:15, 48:22, 52:15
**tasks** [3] - 47:10, 51:14, 51:20

**taxpayer** [1] - 5:9
**team** [21] - 7:9, 7:10, 7:13, 11:8, 29:13, 32:20, 33:6, 48:2, 48:23, 51:10, 51:15, 52:3, 52:5, 52:15, 52:16, 53:15, 54:1, 56:20, 57:5, 58:12
**teams** [2] - 9:11, 22:5
**techniques** [1] - 47:20
**technology** [1] - 28:12
**ten** [1] - 27:20
**term** [4] - 42:10, 42:19, 56:11, 58:2
**terms** [1] - 22:11
**terrific** [1] - 64:16
**terrifically** [1] - 33:3
**test** [2] - 42:6, 45:22
**testimony** [2] - 44:22, 45:17
**thanking** [1] - 25:25
**THE** [96] - 1:11, 1:13, 1:19, 3:5, 3:20, 4:7, 4:11, 4:14, 4:17, 4:20, 5:16, 5:18, 5:20, 5:22, 5:24, 6:1, 6:3, 6:9, 6:13, 6:23, 13:19, 14:11, 15:7, 15:10, 17:1, 22:3, 22:7, 26:14, 26:18, 26:23, 26:25, 27:3, 27:4, 27:9, 27:12, 28:25, 29:19, 30:1, 30:8, 30:15, 31:10, 32:4, 32:8, 32:10, 32:12, 32:25, 33:7, 33:10, 34:7, 34:10, 35:16, 37:20, 38:6, 38:13, 38:18, 40:1, 40:13, 41:16, 42:22, 43:4, 43:7, 43:22, 45:4, 45:8, 46:3, 47:3, 47:5, 47:7, 47:22, 47:23, 48:15, 48:17, 49:6, 49:19, 50:1, 50:18, 50:23, 51:21, 52:2, 52:19, 53:8, 53:25, 54:4, 54:15, 55:15, 55:18, 61:9, 63:5, 63:11, 63:24, 66:3, 66:5, 66:14, 66:17, 66:18, 67:7
**themselves** [1] - 4:8
**they've** [2] - 6:16, 52:14
**thinking** [2] - 48:18, 56:4

**thinks** [1] - 24:13
**third** [2] - 16:9, 45:2
**Third** [7] - 1:23, 6:20, 16:8, 59:19, 60:2, 64:8, 65:19
**THIRD** [1] - 2:7
**thirty** [1] - 15:8
**THOMAS** [2] - 1:13, 2:8
**thoughtful** [1] - 23:3
**thousand** [2] - 62:12, 62:24
**thousands** [1] - 62:14
**three** [10] - 7:4, 15:14, 21:14, 28:8, 29:2, 49:11, 50:21, 50:25, 51:24, 52:4
**threes** [1] - 49:13
**throughout** [6] - 9:15, 14:13, 20:25, 26:6, 55:10, 64:14
**thrown** [2] - 12:25
**Thursday** [1] - 54:24
**timely** [1] - 48:8
**tip** [2] - 7:11, 41:10
**tipped** [2] - 41:10, 41:12
**tirelessly** [1] - 7:14
**today** [9] - 6:21, 14:5, 17:16, 37:4, 64:15, 65:4, 65:16, 65:17, 66:6
**together** [10] - 3:6, 9:9, 9:11, 11:8, 13:11, 13:12, 19:2, 41:19, 55:20, 56:15
**Tom** [5] - 3:16, 6:20, 28:20, 35:14, 63:22
**tone** [1] - 64:16
**took** [2] - 37:10, 42:18
**tools** [1] - 61:12
**top** [3] - 7:4, 11:14, 59:6
**topic** [2] - 27:15, 33:9
**totally** [2] - 59:15, 62:15
**touch** [2] - 18:20, 59:2
**toward** [1] - 53:9
**towards** [3] - 21:12, 22:19, 60:17
**TPA** [21] - 6:18, 7:2, 7:18, 8:17, 9:10, 9:25, 10:15, 10:19, 11:18, 12:3, 13:17, 13:24, 14:5, 15:1, 16:8, 24:15, 44:15, 54:23,

55:15, 58:10, 59:11
**TPA's** [2] - 9:23, 42:1
**track** [1] - 31:21
**trade** [1] - 57:11
**tradition** [1] - 57:22
**trained** [4] - 20:11, 45:17, 45:19, 51:12
**training** [6] - 15:2, 15:4, 15:20, 22:16, 22:22, 57:4
**transcription** [1] - 68:4
**transparent** [4] - 9:20, 18:2, 55:10, 55:11
**transport** [1] - 9:1
**treat** [1] - 25:20
**treated** [1] - 36:14
**treating** [1] - 33:17
**tremendous** [1] - 60:24
**trial** [1] - 5:4
**tried** [2] - 17:19, 25:16
**troops** [3] - 34:20, 34:21
**true** [10] - 24:21, 34:10, 40:25, 41:1, 41:2, 41:6, 43:5, 58:3
**truly** [10] - 16:19, 24:15, 37:7, 54:21, 58:2, 58:20, 61:10, 61:13, 63:25
**trust** [2] - 17:9, 17:22
**trusted** [2] - 19:20, 20:12
**try** [5] - 26:21, 26:25, 39:5, 39:22, 39:23
**trying** [7] - 24:16, 37:12, 39:17, 40:11, 46:13, 62:13, 67:4
**turn** [4] - 26:18, 48:13, 49:4, 50:13
**turning** [1] - 55:19
**turns** [1] - 21:10
**tweak** [1] - 32:10
**twice** [1] - 18:9
**two** [19] - 3:7, 8:7, 10:9, 12:2, 14:2, 15:2, 15:14, 18:18, 28:7, 35:17, 40:13, 49:13, 50:21, 51:24, 53:7, 53:11, 61:25, 62:9, 65:1
**type** [2] - 27:21, 29:9
**types** [1] - 13:8

## U

**U.S** [3] - 1:16, 1:25,

7:7
**Udell** [12] - 3:17, 35:16, 37:20, 42:22, 45:6, 46:3, 46:4, 52:21, 55:16, 63:7, 63:8, 66:3
**UDELL** [18] - 1:16, 3:19, 33:9, 35:15, 35:17, 42:23, 43:5, 43:8, 43:23, 45:7, 46:5, 55:17, 63:10, 63:21, 64:2, 66:4, 66:6, 67:6
**UK** [1] - 34:14
**Ukraine** [8] - 18:19, 18:21, 18:24, 62:2, 62:6, 62:20, 62:25, 66:24
**ultimately** [1] - 30:1
**unable** [1] - 18:22
**unacceptable** [1] - 34:2
**unclear** [1] - 23:8
**uncorroborated** [5] - 43:2, 43:19, 44:19, 45:10, 46:20
**under** [5] - 12:7, 29:12, 47:8, 48:23, 60:14
**underlies** [1] - 56:10
**underlying** [3] - 36:7, 39:9, 56:2
**undermines** [1] - 18:25
**underscore** [1] - 46:17
**understated** [1] - 15:8
**understood** [2] - 22:23, 66:11
**underway** [1] - 20:15
**unexpected** [1] - 57:17
**unfortunate** [1] - 8:11
**unfortunately** [4] - 14:12, 61:25, 62:3, 62:21
**unified** [1] - 30:9
**unintended** [1] - 29:11
**unique** [2] - 10:8, 22:24
**unit** [3] - 11:6, 13:15, 31:3
**united** [1] - 2:17
**UNITED** [4] - 1:1, 1:4, 1:11, 1:14
**United** [3] - 3:12, 3:17, 68:10

unless [2] - 3:22, 66:8
**unpleasant** [3] - 27:20, 36:21, 37:7
**unsubstantiated** [1] - 43:20
**unsung** [1] - 8:21
**untangle** [3] - 41:23, 42:2, 42:11
**unusual** [6] - 18:1, 18:5, 18:9, 19:7, 19:10, 20:9
**unverified** [1] - 43:2
**up** [19] - 12:15, 12:21, 20:2, 28:18, 31:1, 33:11, 36:25, 40:17, 43:9, 46:6, 51:12, 52:3, 54:25, 57:6, 61:1, 61:2, 61:3, 63:11, 65:16
**update** [2] - 26:19, 38:4
**USPO** [1] - 1:25

## V

vaccinated [2] - 3:25, 4:1
**validity** [1] - 23:12
**valuable** [1] - 16:2
**value** [2] - 58:20
**values** [1] - 59:13
**variety** [1] - 21:3
**ventilated** [1] - 38:22
**venturing** [1] - 50:12
**verifiable** [2] - 41:25, 42:9
**verification** [2] - 48:1, 51:20
**verified** [1] - 45:25
**verify** [2] - 10:21, 10:22
**version** [2] - 7:22, 63:14
**versus** [1] - 3:12
**vessels** [1] - 31:20
**victim** [1] - 41:22
**victory** [2] - 64:4, 65:7
**video** [2] - 43:19, 55:25
**videod** [1] - 32:19
**view** [1] - 30:11
**violated** [1] - 18:8
**violation** [5] - 16:7, 36:18, 36:19, 46:14, 56:23
**violations** [3] - 36:8, 46:10, 55:4
**visibility** [1] - 20:8

visit [1] - 58:10
**visiting** [1] - 63:17
**visitor** [1] - 24:1
**voice** [1] - 38:9
**volume** [2] - 28:8, 39:10
**vs** [1] - 1:6

## W

wait [1] - 30:15
**walk** [4] - 57:1, 57:14, 57:15
**wall** [1] - 44:7
**wallet** [1] - 22:14
**wants** [9] - 15:22, 16:19, 16:20, 23:14, 30:11, 39:24, 57:8, 57:23
**War** [1] - 62:21
**war** [1] - 18:19
**Warnke** [2] - 4:4, 4:12
**WARNKE** [1] - 1:20
**Warren** [1] - 5:4
**Washington** [2] - 1:18, 2:6
**waste** [4] - 11:6, 11:14, 11:19, 11:21, 13:3, 22:20, 28:11, 33:1
**watch** [1] - 22:5
**water** [6] - 36:9, 36:12, 36:13, 36:15, 36:22, 36:23
**Water** [1] - 55:3
**WATTS** [2] - 1:13, 3:16
**Watts** [3] - 3:17, 46:6, 63:23
**WATTS-FITZGERALD** [2] - 1:13, 3:16
**Watts-Fitzgerald** [3] - 3:17, 46:6, 63:23
**wave** [1] - 6:9
**ways** [3] - 17:10, 25:23, 60:6
**weaknesses** [1] - 23:5
**wear** [1] - 3:25
**week** [8] - 6:25, 16:16, 27:20, 28:7, 28:13, 44:16, 52:6
**Week** [1] - 66:21
**week's** [1] - 57:3
**weeks** [4] - 28:7, 28:8, 28:9, 34:7
**weight** [1] - 43:15
**WEINSTEIN** [20] -

26:21, 27:2, 27:7, 27:11, 27:14, 29:4, 29:21, 30:6, 30:13, 31:2, 31:11, 32:7, 32:9, 32:11, 32:16, 33:6, 34:1, 34:9, 34:23, 35:14
**Weinstein** [7] - 2:11, 5:15, 26:19, 29:19, 33:12, 33:24, 37:4
**welcome** [1] - 3:7
**wellbeing** [1] - 59:1
**West** [1] - 62:21
**wheel** [1] - 49:7
**wheels** [1] - 57:4
**whisper** [1] - 30:12
**whistleblower** [3] - 17:21, 20:5, 43:18
**white** [2] - 64:10, 64:12
**whole** [5] - 5:2, 30:6, 46:15, 49:1, 52:22
**wide** [1] - 31:12
**wife** [1] - 63:25
**willing** [2] - 34:17, 57:25
**win** [3] - 21:17, 44:23
**win-win** [1] - 21:17
**wisdom** [1] - 30:18
**wish** [2] - 8:11, 66:20
**witness** [7] - 43:3, 44:22, 44:24, 44:25, 45:1, 45:16
**witnesses** [2] - 44:21, 45:11
**word** [1] - 9:7
**words** [1] - 59:5
**workplace** [2] - 19:5, 20:20
**works** [1] - 14:1
**world** [4] - 10:7, 21:9, 61:23, 62:14
**World** [1] - 62:21
**Wright** [1] - 51:12
**writing** [2] - 50:19, 54:24
**written** [1] - 50:21
**wrote** [1] - 38:6

## Y

year [12] - 10:5, 13:25, 14:2, 14:23, 15:13, 15:14, 15:17, 15:18
**years** [19] - 3:7, 6:24, 8:7, 9:6, 10:9, 10:13, 12:5, 15:3, 16:10, 26:3, 37:19, 56:19, 58:18, 60:8, 60:15,

61:22, 61:25, 62:9, 65:1
**York** [3] - 1:21, 14:16
**yourselves** [1] - 7:22